FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA** 2013 JUN -6  PM 3: 42

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

**LARRY KLAYMAN,**
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483

**Civil Action No.**

5: 13 -cv -267 -oc- 10 -PRL

                    **Plaintiff,**

**v.**

**LAWRENCE R. LOEB,**
1 W. Lakeside Ave.,
Cleveland, OH 44113

                    **Defendant.**

---

COMPLAINT
=========

The Plaintiff, Larry Klayman, hereby sues Defendant Lawrence Loeb in both is personal

and professional capacities for violating Plaintiff's constitutional rights with the malicious intent

to harm and destroy him in his trade and profession and personally.  As grounds therefore,

Plaintiff alleges as follows:


NATURE OF ACTION AND JURISDICTION
=================================

1.  This is a civil action under 42 U.S.C §1983 seeking damages, injunctive and other equitable

    relief against Defendant Loeb for committing acts, under color of state and other law, with

    the intent and for the purpose of depriving Plaintiff of rights secured under the U.S.

    Constitution and laws of the United States; retaliating against Plaintiff for his exercise of

constitutionally protected freedom of religion and speech and refusing to allow him due process and equal protection under the law.

2. This case arises under the U.S. Constitution and 42 U.S.C. §1983 and §1988, as amended. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §1331 and §1343. The declaratory and injunctive relief sought is authorized by 28 U.S.C. § 2201 and § 2202, 42 U.S.C. § 1983 and Rule 57 of the Federal Rules of Civil Procedure (FRCP).

3. Jurisdiction is also proper pursuant to diversity jurisdiction under 28 USC § 1332 because this case involves citizens of different states and the matter in controversy exceeds $75,000 excluding interest and costs.

4. Plaintiff brings this action resulting from large damages and injury that resulted from the unlawful, devious, vindictive, hateful, and outrageous treatment of Plaintiff Klayman, whereby Defendant Loeb, a lawyer and not a judge or judicial officer who presided over a hearing in a family court custody proceeding rendering recommended findings of fact and conclusions of law, intentionally and maliciously manufactured facts and smeared Klayman, such as his false finding that Klayman had "inappropriately touched" his children, with unjustified invective in an unprecedented 93 page, single-spaced recommended decision concerning Klayman and his young children, Lance and Isabelle Klayman, which he issued knowing that it would be widely mischaracterized and published in this district, nationally and internationally, and would severely harm Klayman in his trade and professional and personally, as Klayman is a public figure with a high profile of legal and political activism. Defendant Loeb also recommended that Plaintiff Klayman be forced to pay in excess of $320,000.000 USD in attorney's fees and costs to maliciously and outrageously harm Plaintiff Klayman further.

PARTIES

5. Plaintiff Larry Klayman is a citizen of the state of Florida who has two minor children living with his ex wife Stephanie Ann Luck (now DeLuca). Plaintiff is an attorney who has practiced law within Florida for 36 years and is continuously a member in good standing of The Florida Bar, gaining national exposure through his high profile lawsuits against the Clinton, Bush, and Obama administrations, as well as other high-profile public interest endeavors. He is the only person ever to have a court rule that a president of the United States committed a crime; which occurred during the administration of President Bill Clinton. Plaintiff Klayman was also instrumental in the impeachment of President Bill Clinton, as the organization which he founded and ran prepared and submitted an impeachment report to Congress and worked with House managers in developing the Congressional record which resulted in the actual impeachment and referral to the U.S. Senate for an impeachment trial of President Clinton. He also legally represented many of the women who President Clinton was alleged to have affairs with and/or harassed, such as Gennifer Flowers, Dolly Kyle Browning, Kathleen Willey, Paula Jones, and Juanita Broaderick. Later, during the administration of President George W. Bush, Plaintiff Klayman also filed suit against this Republican administration for alleged illegal wiretaps of American citizens and other alleged improper acts. Plaintiff Klayman became so famous for his strong public legal advocacy that the creator and executive producer Aaron Sorkin of "West Wing" created a semi-fictitious character after him, who he named "Harry Klaypool of Freedom Watch," played by Hollywood actor John Diehl. (Taken from Larry Klayman of Judicial Watch). Klayman's Judicial Watch was founded and came to prominence during the Clinton administration and continues to serve as a government ethics watchdog to this day, a type of

Peoples' Justice Department. In late 2003 Plaintiff left Judicial Watch to run for the U.S.

Senate in Florida's Republican primary. When he ran for the U.S. Senate in Florida he had a

campaign headquarters in this district and continues to be legally and politically active in this

district having established a citizens' grand jury there, and also resides in this district and the

state of Florida. See www.freedomwatchusa.org, www.larryklayman.com and

www.citizensgrandjury.com.

6.  Defendant Lawrence Loeb is an attorney appointed to administer to family law matters and is

distinctively not a judge or even judicial officer. Defendant Loeb issued the recommended

findings in Plaintiff's custody lawsuit with his ex wife before the Cleveland family court with

the malicious intent to have his "conjured up" false and malicious findings of fact and ad

hominem attacks on Plaintiff's ethics, character and honesty published and mischaracterized

in this district, throughout the United States and internationally, with the intent to harm and

destroy Klayman, based on Defendant Loeb's antipathy toward Plaintiff's religious and

political beliefs and practices. Defendant Loeb is Jewish, a Democrat and a leftist (as is most

of Cleveland, where 99 percent of its precincts recently voted for President Obama and

Democrats in the 2012 elections), who demonstrated during the custody trial and otherwise

that he detests Plaintiff Klayman because he is a Jew who believes in Jesus Christ as Lord

and Savior and the Son of God and is a conservative activist who has brought many

successful lawsuits and taken hard hitting legal actions against Democrats such as Bill and

Hillary Clinton, now President Barack Obama, and others. Plaintiff Klayman is also the

author of a book principally about his years fighting the Clintons and other unethical

politicians and government officials. The book is titled "Whores: Why and How I Came to

Fight the Establishment." During the custody hearing, Plaintiff's legal counsel at the time,

Roger Kleinman, negligently, recklessly, and for whatever other reason handed Klayman's book to Defendant Loeb, for him to read. In the book there are chapters that discuss how and why Klayman came to Christ as well as his legal activism against the Clintons and other liberal Democrats and others. Thus, Defendant Loeb had full knowledge of Plaintiff Klayman's religious and political beliefs and practices before he issued his false and misleading 93 page, single-spaced diatribe which he maliciously intended to have picked up, mischaracterized and published in the media and by internet bloggers to destroy Plaintiff Klayman, who is high profile and well know to the media and in general -- in order to chill if not snuff out Plaintiff Klayman's public interest advocacy and his personal life.

FACTS

7. Plaintiff Larry Klayman was divorced from Stephanie Ann Luck in June of 2003.

8. In the summer of 2007, Plaintiff was forced to file for custody of his children in the Court of Common Pleas for Cuyahoga County ("Court of Common Pleas") (Case No. DR-07-316840) when his former wife, Ms. Luck, continued to unilaterally and without court order, contrary to a Consent Marital Agreement, deny him access to his children and then did not inform him timely and would not provide to him medical information about a serious accident that their young son, Lance, had sustained at a public pool. Lance had been left at the pool with a twelve to thirteen-year-old girl, which effectively left him unsupervised. Lance was six years old at the time and fell eight feet off of a high diving board and could have been killed.

9. At the first status conference in this case the court told Ms. Luck that she must abide by the couple's Consent Marital Settlement Agreement and permit the previously agreed upon visitation schedule. But just days after this admonition by the court, Ms. Luck outrageously

5

and "conveniently" alleged, out of the blue, and years after the alleged manufactured events, that Plaintiff had sexually abused his son Lance. A complaint was filed with the Department of Children and Families (DCF). Ms. Luck's counsel, Suzanne Jambe, later told the family court, falsely, that DCF had advised that Plaintiff no longer have access to his children. On information and belief, Defendant Loeb is at a minimum personally friendly with, and on information and belief has professionally and personally benefitted from his relationship with Suzanne Jambe and her law firm. At the custody hearing she referred to Defendant Loeb by his first name, "Larry." Defendant Loeb, in turn, usually referred to Ms. Luck's counsel as "Suzanne" when he addressed her; not exactly the kind of seriousness, professional decorum, and respect toward Plaintiff Klayman one would ordinary expect at a hearing that involved serious allegations of child sexual abuse. On information and belief, Defendant Loeb issued his recommended decision, finding without factual basis that Plaintiff had inappropriately touched his children, to also try to legally protect and shield Suzanne Jambe, who had concocted and furthered Ms. Luck's patently false allegations of child sexual abuse for strategic advantage and a result had substantial liability for her false allegations.

10. Various articles have been written about the factually false, outrageous and strategic use of child sexual abuse allegations by sleazy divorce and family lawyers and their clients. For example:

- In an article entitled "The Nuclear Option: False Child Sexual Abuse Allegations in Custody Disputes", the author observes: "In acrimonious divorce and child custody disputes emotions are tense and tempers flare. Buoyed by litigation attorneys, each side engages in strategic maneuvers to gain the greatest legal advantage. Sometimes a parent, fearing the loss of control or custody over a child, crosses the ethically acceptable bounds of legal warfare. An unfortunate but all too frequently used tactic by mothers is to accuse the father of sexually molesting their child. The mere accusation is sufficient to strip the father of all of his custody rights and launch a criminal investigation. Even when no evidence is found to substantiate the allegation, family law courts typically "err on the side of caution" and award full custody to the

mother. While national statistics reveal that the majority of all child abuse reports are legitimate, when such claims are made by the mother in the context of custody litigation, an estimated 77% of allegations are determined to be unfounded (Tong 2002). A false child sex abuse allegation made during child custody litigation is a destructive legal stratagem. Throughout the world, child sexual abuse is considered the ultimate crime. Not even murder generates the kind of raw emotional reaction that results from the sexual abuse of a child. Society acknowledges the innocence of children and responds to (alleged) child abusers with extreme prejudice. The power of the accusation alone is often enough for public opinion to impeach the character of the alleged child abuser and guarantee legal victory for the mother." http://www.mrcustodycoach.com/blog/false-allegations-child-sexual-abuse.

- Another article on the subject observes, "When you have a societal climate that portrays all males as potential sexual abusers and a family court system that has a propensity to err on the side of "caution" – the impact of a false allegation of sexual abuse is swift and severe. Further, even when you are totally exonerated – your life is never the same personally, professionally, and you're typically ostracized from your own community. Adding insult to injury – the false accuser is rarely punished." See attachment, "Avoid False Accusations of Child Sexual Abuse." http://nolanchart.com/article2788-the-nuclear-option-false-child-sexual-abuse-allegations-in-custody-disputes.html **(It is more than noteworthy that the article recommends that fathers not bathe their children, as ex-wives have frequently used this to manufacture claims of child sexual abuse. That is what occurred in this case, as the DA effectively found).**

11. Importantly, various relevant courts have dealt with false claims of child sexual abuse and underscored how there is an epidemic in the family courts making these false and outrageous claims to gain strategic advantages:

- The Ohio Supreme Court observed: **"Not every child who says he or she has been abused has in fact been abused. Sometimes a child can be a pawn in power games and rivalries between significant adults in the child's world.** Sometimes the adults are willing to believe the worst about their adult adversaries and encourage, consciously or subconsciously, stories of abuse when abuse has not occurred." *State v. Storch* (1993) 66 Ohio St. 3d 280, 284-285.

- In *Beekman v. Beekman*, (1994) 96 Ohio App. 3d 783, 788, the Court observed that, to the mother, "a false accusation of sexual abuse is...only a tactic to be used in visitation disputes...Where the evidence shows that after the initial decree the residential parent is not living up to the court's presumption and is attempting to poison the relationship between the ex-spouse and the child, this is a change of **circumstances that warrants a modification of the prior custody decree. Unsubstantiated allegations of abuse are the worst kind of poisoning of the relationship."**

- Judge Handwork of the Sixth District Court of Appeals has observed that **it is "commonplace" for parents who are divorced "to use their children as tools to hurt one another or to be spiteful."** Judge Handwork explains, "it almost goes without saying, and sadly so, that the actions of many former spouses as they relate to one another are motivated by hatred, ill will, and desire to hurt; and that **too often children of a former marriage become the pawns with which hurt is inflicted. What better way to inflict harm on a former spouse than to wrongfully accuse him or her of having abused their child?"** *Hartley v. Hartley*, (1988) 42 Ohio App. 3d 160, 162-163 (Handwork, J. Dissenting)

- Second District Court of Appeals observed, "[O]ther courts in this state have noted that there is a **significant percentage of false allegations of sexual abuse in child custody disputes.**" *Mascorro v. Mascorro*, (2000) Ohio App. LEXIS 2437, at 10-11.

- The 6th Circuit Court of Appeals observed, "the introduction of sexual abuse charges into bitterly contested custody actions seems to have become epidemic. Yet, as one expert in this case testified, **such allegations are unsubstantiated in as many as eight of ten times.**" *Kohlman v. Kohlman*, (1993) Ohio App. LEXIS 4481 at 16.

12. Not surprisingly, the DCF found Plaintiff Klayman's ex-spouse's allegations were "unsubstantiated" and the district attorney, after a thorough investigation by the sheriff's office, empathetically declined to prosecute.  Importantly, the district attorney's letter declining prosecution specifically referenced that the allegations occurred during litigation over custody – acknowledging that this is a common tactic by spouses who try to throw a monkey wrench into the other spouse's desire to obtain custody or modify the visitation rights. See September 17, 2008 Letter from David Zimmerman, assistant district attorney. Importantly, the letter also indicates that there was a thorough investigation by the sheriff, which included interviews with the alleged victim, Plaintiff's son Lance, and his daughter, Isabelle and that "(t)he disclosure of sexual abuse is very limited and appears to occur during normal bathing on a single occasion." Plaintiff Klayman also had voluntarily taken a polygraph examination, which he easily passed. Not surprisingly, his former wife refused to

take one to "substantiate" her false and manufactured allegations. See Exhibits 1, 2, 3

(Findings of DCF, the district attorney, and the polygraph examiner, a renowned FBI expert).

13. Defendant Lawrence Loeb presided over the custody hearing as an attorney. He is not a judge

or even a judicial officer. At the conclusion of the hearing, after several months, he issued

recommended findings that are not based on fact but his personal bias, prejudice and hatred

of Plaintiff Klayman, and his malicious and hateful desire and intention to destroy Plaintiff

Klayman both professionally and personally.

14. Plaintiff Klayman testified that he is both a proud Jew and Christian.  Plaintiff was born to

Jewish parents (not just his mother) and the name Klayman, his father's family name, is a

Jewish family name. (In fact, Mr. Klayman was "bar mitzvah'ed"). Plaintiff also testified that

he is a Jew who believes in Jesus as his Lord and Savior and the Son of God, and that "Jesus

is the greatest Jew there ever was."  Klayman added that he taught his young children this

and even bought them necklaces composed of Stars of David with Christian Crosses

engraved on them.  Thus, Plaintiff testified that he is both Jewish and Christian and taught his

children the same thing.

15. Defendant Loeb, who is Jewish and a liberal Democrat, took extreme offense to and in a

disparaging way, mocked Plaintiff's religious beliefs in his unprecedented June 9, 2010, 93-

page, single-spaced recommended decision that dishonestly ridiculed and viciously smeared

Klayman to the highest extent both on and off the record.

16. For instance, Defendant Loeb questioned and invented the "fact" that Plaintiff was raised a

Christian. Nowhere in the record does this "fact" appear.  Defendant Loeb then made up

additional "facts" out of whole cloth, facts which are again not on the record, and engaged in

rank speculation to harm Plaintiff and his reputation.  He denigrated, mocked and

intentionally mischaracterized Plaintiff's dual religious beliefs and heritage.  He speculated,

gratuitously and without bases, whether Plaintiff had taken his children to Jewish services,

and even went so far as to outrageously question whether or not Plaintiff celebrated any of

the Jewish holidays with the children. He even outrageously stated, contrary to the testimony,

that Plaintiff did not introduce the children to their Jewish heritage. To the contrary, the dual

nature of the children's religious and ethnic heritage is exemplified in the jewelry, which

Plaintiff had made for them at their request but which Klayman's ex-spouse had confiscated:

the Stars of David with superimposed Crosses. Defendant Loeb had no legal or other right to

question, mischaracterize and mock Plaintiff Klayman's belief in Jesus as the Lord and

Savior and Son of God and his dual religious beliefs, other than to show disdain, loathing and

hatred for him, both as a result of his religiosity and his legal and political activism, referring

to Plaintiff Klayman hatefully and outrageously as "evil." Loeb  outrageously wrote:

- "[T]he fight would become one of apocalyptic proportions, **a struggle between the forces of good [Plaintiff's ex-spouse] versus the forces of evil [Plaintiff Klayman].**" (Decision at 3).

- There is also no proof that the Defendant (Mrs. DeLuca) confiscated the Crosses with the Stars of David that the Plaintiff (Mr. Klayman) sent to the children. The crosses took on special significance for the Plaintiff who saw them tied up with his "Jewish heritage," which comes from his mother who was Jewish. He was however, raised a Christian. He told the court that he attends Christian services at Ted Baer's house in California and goes to an Orthodox service in Beverly Hills. While he may have attended Jewish services during his marriage to the Defendant, he did not take the children with him. He also failed to mention that he took the children to Jewish services whenever they were with him in Florida or when he lived in Cleveland. Further, there is no evidence that he has celebrated any of the Jewish holidays with the children, discussed what it means to be Jewish with them or introduced them to Jewish history or culture. Decision at 62.

- "... Plaintiff sought to portray himself as a warm, affectionate parent who deeply loves his children and who wants nothing more than to provide for them and to spend time for them. **While the Magistrate has no doubt that the Plaintiff loves his children in his own way,** the bulk of his claims, especially those relating to the

Defendant both as a person and a parent, are so devoid of the factual content as to amount to fantasy." Decision at 46 (Emphasis added).

- "Since the social worker's conclusions were ultimately overruled by her supervisor and because he was not prosecuted, the Plaintiff **triumphantly concluded that he had never sexually abused his children....**" Decision at 19 (Emphasis added).

17. Even more compelling, the Defendant's recommended decision of June 9, 2010, is full of even worse false invectives and lies that he obviously intended to have picked up and mischaracterized in the written press and media and on the internet to destroy Plaintiff Klayman financially and by harming Klayman's reputation in his trade and profession, and personally. Here are just a few examples of the outrageous, false, malicious, factually manufactured and hateful attacks on Plaintiff Klayman among many more on nearly every page of the unprecedented 93-page, single-spaced recommended decision:

a. (**Disparaging and mocking Plaintiff for denying false allegations of child sex abuse and taking the advice of his counsel and exercising his legal rights by pleading the Fifth Amendment**). "... it important to note that the Plaintiff has always loudly declared that he had never sexually abused his children. ... Plaintiff, for all of his breast beating about his innocence the record reveals that the Plaintiff scrupulously avoided being questioned by anyone from" the DCF or Sheriffs Department." Decision at 21 (Emphasis added).

b. (**Disparaging Plaintiff for testifying to his "side of the story," throwing out his testimony and calling him a liar**). "Instead, the Magistrate finds given Plaintiff's almost total lack of credibility and his repeated efforts to paint almost everyone in the worst possible light that his description of his son's and Mr. DeLuca's (Ms. Luck's name changed after she got remarried) behavior is nothing more than another attempt to depict events not as they happened, but as he wants the Court to believe that they did." Decision at 63 (Emphasis added).

c. (**Discussing the injury to Lance from his fall from 8 feet off a diving board at the public swimming pool and Plaintiff's concerns that his son had been severely injured when he could not get medical records**) "The idea that Lance had sustained severe injuries in addition to a broken arm was not just a matter of hyperbole; it was what would prove to be another instance of an allegation made without any connection to the real world...Like his claim that the Defendant didn't tell him what injuries Lance sustained; the idea that the child suffered other, severe injuries as a result of a diving

board accident is a fantasy that exists only in the Plaintiff's imagination." Decision at 8 (Emphasis added).

d. (**Speculating that Plaintiff's request to have DCF investigate the spanking of his son by the boyfriend Mike DeLuca (which DeLuca was forced to admit to later after he lied to DCF), as well as DeLuca's offering cigarettes and beer to the young child, was simple harassment**) "…. it is difficult to accept any explanation for the Plaintiff's call to 696-KIDS other than to disrupt the impending wedding of which he was well aware." Decision at 10 (Emphasis added).

e. (**Disparaging Plaintiff for allegedly telling a DCF hotline intake clerk that while the basic needs of the children are being met, Mike DeLuca, Ms. Luck's boyfriend, spanked his young son Lance and the offered him alcohol and cigarettes. Also disparaging Plaintiff's profession and his alleged word choice concerning "basic needs," with rank speculation and undue sarcasm.**) The Defendant writes: "The statement, he told the court, was a 'word choice' by the person who wrote up the report. … It was an utterly implausible statement from a man who graduated from both college and law school; a man who has two children and spoke proudly of what he did for them while at the same time was highly critical of his ex-wife's parenting abilities and who has repeatedly expounded at length on her faults as a parent…" Decision at 11(Emphasis added).

f. (**Disparaging Plaintiff for telling the DCF worker that his ex-wife read the custody petition he filed to his young children**) "And even though more than two months had passed since he filed his motion to modify parental rights… Plaintiff told Ms. Blue that: …the children' mother is mentally abusing the children by saying that he is trying to take them away from her, and that is not the case. It is an astounding statement from someone who had just launched a battle to gain control of children so he could remove them from their mother's house because of her alleged unsuitability as a parent." Decision at 12 (Emphasis added).

g. (**Rejecting ultimate findings of DCF and the Sheriff and Prosecuting Attorney, and a polygraph test, showing that Plaintiff did not sexually abuse his children, and instead speculating derisively on what DCF considered and making up his own facts to prove his prejudicial points out of whole cloth.**) "The Plaintiff would trumpet the child's denial that he had been touched in his private area as well as CCDCFS's final determination as evidence that the Defendant created the allegation out of whole cloth. … He also touted the September 17, 2008 decision by the Assistant Prosecuting Attorney to whom the matter had been referred by the detective from the County Sheriff's Department who was investigating the alleged incident." Decision at 18 (Emphasis added).

h. (**Rank speculation and mocking of polygraph Plaintiff voluntarily took and passed that he had not sexually abused his children.**) "The Plaintiff sought just such a review (by the DCF supervisor) because he believes that it would not only exonerate him since it would establish beyond any question that not only is he innocent (of sexual abuse,) but

it would also prove that the Defendant either made up the allegation or coerced the child into making the statement. He should not have been so quick to seek such an examination. One of the reasons he should have been more cautious is that the results of the polygraph, which may have played a significant role in the supervisor's decision to overturn the initial conclusion that the abuse allegations were unsubstantiated, are not entitled to any weight whatsoever." Decision at 20 (Emphasis added).

i. **(Misstating not only the law, but disparaging and mocking Plaintiff's profession, his achievements as a public interest lawyer, his political beliefs as expressed by lawsuits against certain politicians and Presidents) and his decision to invoke the Fifth Amendment given the criminal allegations)** "Plaintiff is a lawyer licensed to practice in two or three states and the District of Columbia. He is proud that he has been involved in major cases including suits against powerful domestic and international adversaries as well as the government. It is impossible to believe that someone with his experience, with his training and his background would not have known that once he answered the questions, once he denied engaging in any of the activity he was asked about he could not invoke his Fifth amendment right against self-incrimination because he had waived it." Decision at 21 (Emphasis added).

j. **(Mocking Plaintiff for arguing that the lower court should have acted much more quickly over four years and enforced visitation as provided in the Consent Marital Settlement Agreement, rather than let the case drag on with Ms. Luck in violation of the Consent Marital Settlement Agreement).** "His complaint about the delay is yet another example of the Plaintiff's that everyone else other than himself is responsible for the predicament in which he found himself." Decision at 40 (Emphasis added).

k. **(Ordering Plaintiff's counsel, Roger Kleinman, not to sit at counsel table when, at the outset of the trial, Plaintiff dismissed him so he could represent himself pro se. Kleinman clearly could sit there to assist Plaintiff as a type of assistant and even if no longer counsel of record, as he had withdrawn, help Plaintiff at a minimum as a paralegal would have, or a consultant. The Defendant effectively admits his legal misconduct, and thus his bias and prejudice when he writes):** "After considering the merits of the Plaintiff's claim, the undersigned denied the Plaintiff's motion and informed Plaintiff's ex-counsel that while he could remain in the room as an observer since it was a public forum (this "fact" is false and made up and not in the record), he could not sit at the table and could not assist Plaintiff with the presentation of his case." Decision at 41.

l. **(Defendant disparaging and mocking Plaintiff as crazy).** "Plaintiff's allegations … say more about Plaintiff's imagination and view of the world than they do about the Defendant's parenting abilities or her as a person." Decision at 48 (Emphasis added).

m. **(Personal attack).** "The only conclusion that the Magistrate can reach from the record (sic) is either that **Plaintiff has an utterly perverse view of the Defendant, rooted in fantasy not reality**, or he deliberately hurled this calumny at her as a means of striking out against her." Decision at 53 (Emphasis added).

13

n. **(Personal attack).** "The Plaintiff's side of the conversation makes for good reading, but again it is not the whole truth...." Decision at 73 (Emphasis added).

o. **(Personal Attack).** "The Plaintiff had to deny that it was, though, because to acknowledge that it was genuine would have ruined his carefully built-up fantasy that the Defendant deliberately kept him in the dark..." Decision at 81 (Emphasis added).

p. **(Personal attack).** "But it was not the Plaintiff who was at fault, ... it was always somebody else who was flawed or at fault, never him." Decision at 83 (Emphasis added).

q. **(Culmination of Defendant's bias and prejudice and disdain for Plaintiff)** "... the Magistrate finds that the Plaintiff's testimony is entitled to no weight. He is simply not credible." Decision at 87 (Emphasis added).

18. In short, the Defendant Loeb's cynical, belittling, hateful, and outrageous manufacture of facts demonstrate bias and prejudice that is far beyond the pale and was maliciously intended to bury Plaintiff Klayman personally and professionally. Defendant Loeb, a Jew, perceives Mr. Klayman as a religious heretic, in effect a "Jew for Jesus," which he mocks in his recommended decision.

19. Defendant Loeb's recommended findings were deliberately and maliciously written and calculated to harm Klayman and his reputation.

20. Defendant Loeb further knew that because of Plaintiff Klayman's high-profile legal and political activism and involvement in matters of national concern and in the public interest that his recommended decision would be picked up and then disclosed to members of the media or internet bloggers who would then mischaracterize and report on it and publish it in this district, throughout the country, and internationally.

21. The recommended findings by the Defendant were indeed widely circulated throughout the local and national media, including internet publications that reach into this district such as City Pages, Phoenix New Times, Right Wing Watch of People For the American Way,

Wonkette, and a large number of other publications and internet blogs, causing great harm to Plaintiff Klayman.

22. Nothing could have been more extreme than to recommend a finding that Plaintiff Klayman had inappropriately touched his children.  False accusations of abusing one's children can have devastating effects. Less strong accused spouses have even been know to commit suicide over such allegations, since even if the accused is proved innocent, the stigma never goes away. There can be nothing worse – perhaps not even a murder charge – than to have been branded a sexual predator against one's own child, and thus caused great emotional distress to Plaintiff Klayman.

23. Defendant Loeb, as a sophisticated, albeit very prejudiced and hateful attorney given his own religious and political persuasion and antipathy toward Plaintiff Klayman, knew this, and that is why he maliciously and without one shred of evidence smeared Plaintiff Klayman, finding without any factual basis on the record or otherwise, that Klayman has "inappropriately touched his child." Loeb knew full well when he maliciously issued this manufactured recommended finding, as well as when he smeared Klayman with other vicious and hateful attacks and lies about Plaintiff's ethics, morality, character and honesty, that his so-called findings would be mischaracterized and used by Klayman's adversaries to try to damage and destroy him both professionally and personally. Sure enough, as Defendant Loeb maliciously intended when he manufactured false facts out of whole cloth, as contained in his malicious accusations and recommended findings, have since been mischaracterized and published widely in the media and on the internet, by such venomous and radical-leftist publications as City Pages, Phoenix New Times, Right Wing Watch of the atheist and socialist group People for the American Way, Wonkette, and a host of growing media and internet publications.

Seeing Loeb's false recommended findings and invective, these media publications, blogs, and other internet postings make specific reference to Loeb's recommended findings to try to hide behind their own manufactured libelous false statements that Plaintiff was indicted and convicting of a the crime of child sexual abuse, which of course never happened! See composite Exhibit 4, which is incorporated herein by reference. These publications are proliferating and growing with each day, as Plaintiff's legal adversaries are using Loeb's malicious attacks to harm Klayman and stifle his political and legal advocacy, and destroy totally his ability to practice law and his legal and political advocacy as well as his personal life. This has caused great damage to Plaintiff Klayman, damage which is increasing daily.

24. In sum, Defendant Loeb's hateful agenda and intent was simply to destroy Plaintiff Klayman so he could no longer effectively engage in further conservative religious legal and political activism contrary to Defendant's religious legal and political beliefs and practices.


## COUNT ONE

Constitutional and Civil Rights Pursuant to 42 U.S.C. §§ 1983, 1988
Violations of First and Fourteenth Amendment Right of Freedom of Religion

25. The allegations of paragraphs 1 through 24 are incorporated as if realleged herein.

26. Defendant, acting under the color of authority of Cuyahoga County, Ohio maliciously and repeatedly manufactured false facts and engaged in other attacks on Plaintiff Klayman's religious beliefs, morality, ethics, character and honesty for his belief in Jesus Christ as the Lord and Savior and Son of God in violation of Klayman's First Amendment right of freedom of religion.

27. As a direct result of these actions, statements and/or illegal practices of Defendant Loeb, Plaintiff Klayman suffered an unconstitutional deprivation of his rights under the First and Fourteenth Amendments to the U.S. Constitution.

28. As a direct and proximate result of the Defendant's violations of Klayman's constitutional rights as described herein, Klayman has suffered severe damage.

29. These damages include but are not limited to lost earnings and capacity, lost career and business opportunities, litigation expenses including attorney fees, loss of reputation, ostracization, humiliation, embarrassment, inconvenience, severe mental and emotional anguish and distress and other compensatory and actual damages, as well as loss of reputation in his trade and professional and personally, and punitive damages, in an amount to be determined at trial.

COUNT TWO

Constitutional and Civil Rights Pursuant to 42 U.S.C. §§ 1983, 1988
Violations of First and Fourteenth Amendment Right of Free Speech

30. The allegations of paragraphs 1 through 29 are incorporated as if realleged herein.

31. Defendant Loeb violated Plaintiff Klayman's right to free speech by punishing Plaintiff for his well established religious beliefs and practices and conservative legal and political activism that did not coincide with his own religious and leftist political beliefs.

32. Defendant Loeb maliciously and intentionally acted with callous disregard for Plaintiff Klayman's clearly established constitutional rights.

33. As a direct and proximate result of the Defendant Loeb's violations of Plaintiff Klayman's constitutional rights, Klayman has suffered severe and substantial damages.

34. These damages include but are not limited to lost earnings and capacity, lost career and business opportunities, litigation expenses including attorney fees, loss of reputation, ostracization, humiliation, embarrassment, inconvenience, severe mental and emotional anguish and distress and other compensatory and actual damages, as well as loss of reputation in his trade and professional and personally, and punitive damages, in an amount to be determined at trial.

## COUNT THREE

Constitutional and Civil Rights Pursuant to 42 U.S.C. §§ 1983, 1988
Violations of Plaintiff's Fourteenth Amendment Right of Equal Protection Under the Law

35. The allegations of paragraphs 1 through 34 are incorporated as if realleged herein.

36. Defendant Loeb violated Plaintiff Klayman's rights of equal protection under the law by illegally discriminating against him and making malicious and false recommended findings against him because of his religious, legal, and political conservative beliefs and practices.

37. It was simply because of Plaintiff's belief in Jesus Christ as the Lord and Savior and Son of God and because of his religious beliefs and practices, and conservative legal and political activism, and his success and high profile in this regard, that Defendant Loeb issued for publication and mischaracterization in the media, on the internet and for use by Klayman's adversaries false recommended findings that were intended to be mischaracterized and published to severely harm Klayman and which did severely damage him in his trade and profession and personally. This severe damage is continuing on a daily basis.

38. Defendant Loeb acted maliciously and intentionally and with callous disregard for Klayman's clearly established constitutional rights.

39. As a direct and proximate result of the Defendant Loeb's violations of Plaintiff Klayman's constitutional rights, Klayman has suffered severe and substantial damages.

40. These damages include but are not limited to lost earnings and capacity, lost career and business opportunities, litigation expenses including attorney fees, loss of reputation, ostracization, humiliation, embarrassment, inconvenience, severe mental and emotional anguish and distress and other compensatory and actual damages, as well as loss of reputation in his trade and professional and personally, and punitive damages, in an amount to be determined at trial.

## COUNT FOUR

### Intentional Infliction of Emotional Distress

41. The allegations of paragraphs 1 through 40 are incorporated as if realleged herein.

42. Defendant Loeb's conduct was extreme and outrageous and beyond all bounds of decency.

43. Defendant Loeb's conduct was intentional or reckless.

44. Defendant Loeb's behavior was intended to cause emotional distress or he should have known that such distress would result.

45. Defendant Loeb's extreme and outrageous conduct resulted in Plaintiff Klayman's severe emotional distress.

46. Plaintiff Klayman's emotional distress was severe and caused severe damage to Plaintiff Klayman, both professionally and personally.

47. These damages include but are not limited to lost earnings and capacity, lost career and business opportunities, litigation expenses including attorney fees, loss of reputation, ostracization, humiliation, embarrassment, inconvenience, mental and emotional anguish and

distress and other compensatory and actual damages, as well as loss of reputation in his trade and professional and personally, and punitive damages, in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Larry Klayman, prays for judgment against Defendant Loeb as follows:

A. For compensatory, actual, and punitive damages, and for loss of reputation in Plaintiff Klayman's trade or profession and personally, and other damages as plead above in an amount to be determined at trial in excess of $3,000,000.00 USD;

B. For appropriate declaratory relief regarding the unlawful and unconstitutional acts and practices of Defendant Loeb;

C. For appropriate equitable relief against Defendant as provided by the Civil Rights Act of 1871, 42 U.S.C. § 1983, including the enjoining and permanent restraining of these violations, and direction to Defendant Loeb to take such affirmative  action as is necessary to ensure that the effects of the unconstitutional and unlawful practices are redressed and eliminated and do not continue to affect Plaintiff's, or others' legal rights;

D. For appropriate equitable relief against Defendant Loeb including issuing a public apology for the violations of Plaintiff's constitutional rights and otherwise plead herein and correcting his false, malicious recommended findings;

E. For an award of reasonable attorney's fees and his costs on his behalf expended as to such Defendants pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1988;

F. A referral of Defendant Loeb's egregious misconduct to state bar authorities; and

G. For such other and further relief which this Court may be deemed just and proper.

PLAINTIFF REQUESTS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

Larry Klayman, Esq.
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
Email: leklayman@gmail.com
Tel: (310) 595-0800

Pro se

# Exhibit 1



COMMISSIONERS
Jimmy Dimora
Timothy F. Hagan
Peter Lawson Jones

# Children and Family Services

| 3955 Euclid Avenue, Cleveland, Ohio 44115 | (216) 431-4500 | *24-Hour KIDS Hotline: 696-KIDS* |

May 2, 2008

Roger Kleinman
McDonald Hopkins LLC
Attorneys at Law
600 Superior Avenue
Cleveland, Ohio 44114

Dear Mr. Kleinman,

Please accept this correspondence as a decision concerning the review process per CCDCFS policy 2.03.05. As will be discussed, the determination of this reviewer is that the disposition be changed from "indicated" to "unsubstantiated" in the case of Larry Klayman. This decision was based upon the review meeting, a review of the investigative file and information provided.

The initial determination of "indicated" was based upon the disclosure of the youth and the circumstances surrounding the youth's disclosure. The definitions of "indicated" and "unsubstantiated" in Ohio Administrative Code 5101:2-1-01, are as follows:

"Indicated report" is a report to the central registry in which there is circumstantial, or other isolated indicators of child abuse or neglect lacking confirmation; or a determination by the caseworker that the child has been abused or neglected based upon completion of an assessment/investigation.

"Unsubstantiated report-no evidence" is a report of child abuse or neglect sent to the central registry by the PCSA in which the investigation determined no occurrence of child abuse or neglect.

The question for this appeal is whether, based upon the totality of the information, this matter should be considered as an "indicated report" or an "unsubstantiated report." While reasonable minds could differ in circumstances where a young child recounts an event which occurred some time ago, my conclusion is that the allegations in this particular circumstance must be deemed "unsubstantiated."

The "unsubstantiated" finding will be forwarded to the Central Registry as required by Ohio law and regulation.

Thank you for your time and If you have any further questions or concerns, please contact our Customer Service Office at 216-432-2273.

Sincerely,

Lara Parks
Senior Supervisor

Cc:     Family case record #143667
        Customer Service
        Melissa Wingler, Intake Sex Abuse Social Worker
        Erica Gaiter, Sex Abuse Supervisor
        Latasha Brown, Senior Supervisor

Exhibit 2





# WILLIAM D. MASON
## CUYAHOGA COUNTY PROSECUTOR

September 17, 2008

Detective Jamie Bonnette
Cuyahoga County Sheriff's Department
1215 West Third Street
Cleveland, Ohio 44113

Detective Bonnette,

I have reviewed the reports and investigation submitted for review in the Larry Klayman investigation. As you are well aware these allegations have occurred during litigation by the mother and father over visitation and custody issues.

The disclosure of possible sexual abuse is very limited and appears to occur during normal bathing on a single occasion. The Department of Children and Family Services originally ruled the allegations substantiated but after further review ruled that the allegations were unsubstantiated.

Based upon my full review of the reports I do not believe that there is sufficient evidence to present the case to the Grand Jury at this time. As always if further evidence or information is developed in this case I am always willing to reconsider presenting the case to the Grand Jury.

Sincerely,

David Zimmerman
Assistant Prosecuting Attorney
(216) 443-7878

---

**OFFICE OF THE PROSECUTING ATTORNEY**
Justice Center • Courts Tower • 1200 Ontario Street • Cleveland, Ohio 44113
(216) 443-7800 • FAX: (216) 698-2270 • E-MAIL: MASONCCPO@AOL.COM

PY Ex. 23

TOTAL P.01

Exhibit 3

 **DIVERSIFIED DETECTION SERVICES, INC.**

2740 Chain Bridge Road, Vienna, Virginia 22181
703-938-8018

October 15, 2007

Mr. Larry Klayman
Attorney at Law
601 Brickell Key Drive, Suite 404
Miami, Florida, 33131

Dear Mr. Klayman,

At your request, a polygraph examination was administered to you in Fairfax City, Fairfax County, Virginia on October 12, 2007.

The purpose of the examination was to determine your veracity with regard to the following four distinct issues. ab) Whether or not you ever sexually abused your son Lance or your daughter Isabelle in any manner: cd) did ever touch your son Lance or your daughter Isabelle's private sexual parts in any inappropriate manner.

During the pre-test interview, appropriate relevant questions were developed with regard to the issues described above. These questions were reduced to writing and reviewed one by one with Larry Klayman. The relevant questions which were administered to you together with various control and irrelevant questions during the examination and your responses were as follows.

#5.    Did you ever sexually abuse your son Lance in any manner?

RESPONSE: No

#7.    Did you ever sexually abuse your daughter Isabelle in any manner?

RESPONSE: No

#8.    Did you ever touch your son Lance's private sexual parts in an innaprorite manner?

RESPONSE: No

Mr. Larry Klayman
October 15, 2007
Page Two

    #11    Did you ever touch your daughter Isabelle's private sexual parts in an
          inappropriate manner?

          Response:    No

    Larry Klayman was administered a MGQT type examination. The federal
government routinely employs this examination technique because it permits independent
review, evaluation and verification by other examiners who are not present during the
examination.

    Four polygrams including a demo test was administered on a computerized
Axciton polygraph with the Polyscore version 5.5 to score it. The Johns Hopkins
University Applied Physics Laboratory developed this.

    In accordance with my standard practice, my polygrams were reviewed and
evaluated independently by another qualified, licensed polygraph examiner, who reached
conclusions fully consistent with my own.

    After careful analysis of the polygrams, it is my opinion that Larry Klayman's
polygrams did not reflect reactions to the relevant question indicating any attempt at
deception.

    If I can be of any further service to you in the future please feel free to call upon
me.

          Sincerely,

          James L. Wilt
          Polygraph Examiner
          Virginia State License #27

10/16/2007 11:48 FAX 7032551087          TATE & BYWATER                    Ø003

JAMES L. WILT

## POLYGRAPH EXAMINER

### EDUCATION:

Bachelor of Science Degree, American University, Law Enforcement Administration, 1970, Washington, D.C.

Graduate Degree requirements completed with exception of comprehensive examination in the Administration of Criminal Justice at American University, Washington, D.C.

Graduate of the Keeler Polygraph Institute, Chicago, Illinois, 1962
Certificate of Training, May 25, 1962, and Graduate Certificate, April 27, 1963.

Polygraph Examiners License, State of Virginia, #27

Private Investigator's License, State of Virginia

Qualified as an expert in the United States District Court, Eastern District of Virginia on April 21, 1981, on POLYGRAPH

Have qualified and testified as an expert in Polygraph in a number of State courts and in Military court martial cases in the Navy, Air Force, and Army

Graduate of Southern Police Institute, University of Louisville, Louisville, Kentucky, 1963

Graduate of the F.B.I. National Academy, Quantico, Virginia, 1973, 94th Session.

Vice President of Private Investigators in Virginia, 1982, 1983, and 1984.

Executive Director of PIVA, 1986 and 1987

Appointed by Governor's office in 1982 to Private Security advisory Board, State of Virginia, Department of Commerce, Richmond, Virginia, 1982, 1983 and 1984.

Graduate of the American Polygraph Association approved Polygraph Monitoring of the Sex Offender Certification Course in December 1998 Given by Argenbright International

## *POLYGRAPH EXPERIENCE:*

*I was the first Vice President of the Virginia Polygraph Association and was a member of the Legislative Committee in the state capital of Richmond that developed and implemented Polygraph Laws for the State of Virginia.*

*I was a Police Polygraph Examiner for the Fairfax County Police Department from 1962 to 1975, implementing a number of programs and procedures.*

*As a commercial examiner, owning and operating my own corporation of Diversified Detection Services, Inc. since 1975, I have administered well over 10,000 examinations for attorneys, commercial firms, including criminal, pre-employment, throughout the metropolitan area. Some of these examinations were conducted in connection with federal law enforcement activities and the results were both accepted and substantiated.*

## *MEMBERSHIPS:*

*Member of the American Polygraph Association*

*Member of The National Polygraph Association*

*Member of The Virginia Polygraph Association
          a division of The American Polygraph Association*

`

Exhibit 4

| Browse Node Nation |                                          [f Connect]  Join  Log In

# CITYPAGES

## Blogs



TOP
BLOG
STORIES


Ritchie won't
seek third term
By Aaron Rupar


Study: Blacks
more likely to be
arrested for pot
By Aaron Rupar


Shoreview
shooting leaves
two dead, two
injured
By Aaron Rupar

---

**Bradlee Dean**

## Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children

By Aaron Rupar Fri., Sep. 28 2012 at 11:10 AM          5 Comments 
Categories: Bradlee Dean

Like  28    Send    **Tweet** 43       • Spin                    1 

### Hottest Conversations


AP: Gay teammate "wouldn't bother me that much"
35 Comments


Employee swindled $334,000 from car wash
6 Comments


Jim Graves pulls out: Top 10 tweets
5 Comments

From
the
Vault


MN is the least miserable state,

**In Case You Missed It**


Employee admits
to stealing
$334,000 from
Eagan's Paradise
Car Wash between
'07 and '12


Jesse Ventura
poses with Dayton,
Carlson, and
Pawlenty, wears
tie dye [PHOTO]


Adrian Peterson
not thrilled to
shower with gay
teammate, but
would still pat him
on butt

Recommended by

Dean's lawyer, Larry Klayman (left), allegedly sexually abused his own kids. T...
best of our knowledge, he's not gay.

Bradlee Dean has long linked homosexuality and child sexual abuse. For instance, i
post from June about Larry Brinken's child porn arrest, Dean wrote, "The news abo
Brinken's horrific child-pornography crimes followed the conclusion of 'Pride Wee
again pulling off the mask of the radical homosexual agenda to expose who they are
they are and who their target really is, showing who is truly under attack."

*SEE ALSO:*
*— Bradlee Dean's troupe to Iowa public school: Homosexual lifestyle
'literally kills' gays [VIDEO]*
*— In St. Cloud, Bradlee Dean speaks to more protesters than supporters*

Well this week brought some uncomfortable news for the tracksuit-wearing homophobic
preacher — his notorious lawyer, the presumably straight Larry Klayman, has allegedly
sexually abused his own children.

A court recently ordered Klayman to pay his ex-wife $325,000 in attorney fees. Klayman

...nda & ...... ......que May
2013 Residency at Icehouse


Awesome People at the 2013
City Pages Beer Fest

appealed, but a judge tossed it out. What's interesting, however, are a couple nuggets buried in the judge's ruling (via Ken Avidor — emphasis his):

{¶23} In his third assignment of error, Klayman argues that the magistrate's finding that he engaged in inappropriate touching of his child was against the manifest weight of the evidence.

{¶24} A judgment supported by some competent, credible evidence will not be reversed by a reviewing court as against the manifest weight of the evidence. C.E. Morris Co. v. Foley Constr. Co., 54 Ohio St.2d 279, 376 N.E.2d 578 (1978). A reviewing court must not substitute its judgment for that of the trial court where there exists some competent and credible evidence supporting the judgment rendered by the trial court. Myers v. Garson, 66 Ohio St.3d 610, 614 N.E.2d 742 (1993). Where the decision in a case turns upon credibility of testimony, and where there exists competent and credible evidence supporting the findings and conclusions of the trial court, deference to such findings and conclusions must be given by the reviewing court. See Seasons Coal Co. v. Cleveland, 10 Ohio St.3d 77, 80, 461 N.E.2d 1273 (1984); Cohen v. Lamko, Inc., 10 Ohio St.3d 167, 462 N.E.2d 407 (1984).

{¶25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated."** Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{¶26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that he refused to answer any questions, **repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children.** "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

{¶27} After reviewing the record, we find **no abuse of discretion on the part of the trial court in overruling Klayman's objections regarding the magistrate's finding that Klayman inappropriately touched the children.**

Turns out, gays aren't the only ones capable of disturbing, criminal sexual behavior — apparently even conservative straight guys tight with Bradlee Dean can turn out to be total creeps.

If Dean distances himself from Klayman in light of these allegations, who will help him figure out how to reimburse Rachel Maddow and the now-defunct Minnesota Independent the nearly $25,000 in attorney's fees he owes them?



Parade Faces at Grand Old Day 2013

More Slideshows >>

Retail


Josh Johnson, Attorney at Law
View Ad | View Site


Fine Line Music Cafe
View Ad | View Site


Josh Johnson, Attorney at Law
View Ad | View Site


Bunker's Music Bar and Grill
View Ad | View Site

More >>


SHARE THE WEALTH
CITYPAGES COUPONS

# GET THE WEEKLY NEWSLETTER

**Our weekly feature stories, movie reviews, calendar picks and more – minus the newsprint and sent directly to your inbox.**

enter email

**Tags: homophobia, Larry Klayman**

✉ Email to Friend    ✏ Write to Editor    🖨 Print Article                🔗          submit

## We Recommend







Mark Hamburger's MLB career derailed by pot; he now lives in parents' Shoreview basement (City Pages - The Blotter)

Laura Ness, wife of Duluth mayor, rushes to aid man who was shot in head outside Whole Foods (City Pages - The Blotter)

White Bear Lake prom-goer allegedly beat up ex-girlfriend's date on dance floor (City Pages - The Blotter)

Recommended by

---

**5 comments**



**Sign In or Create Account**

**2 people listening** 

| + Follow | | | Post comment as... |

Newest | Oldest | Top Comments

  **fierylocks1**                                            Oct 1, 2012
Add him to the ever growing list...

http://www.dkosopedia.com/wiki/Examples_of_Republican_hypocrisy_
on_moral_values

1 ⌂ Like   Reply

  **womanphoenix**                                          Sep 30, 2012
Let's see:  We've got a pediatrician and at least one person from child services saying he did it.  He refuses to answer any questions -- even when asked to define "inappropriate" touching.

Yeah, this is coming out during divorce proceedings.  Doesn't mean it's true or untrue.

Like   Reply

  **swmnguy**                                               Sep 30, 2012
Larry Klayman has a sordid history, and Bradlee Dean is beneath contempt. However, let's not forget the ongoing Todd Hoffner fiasco in Mankato.  The sexual abuse of children is so despicable it has an ugly tendency to be alleged, without significant corroboration, in divorce proceedings.  A proper legal defense is nearly impossible, and even disputing allegations tends to be held against the one accused.

Klayman and Dean are despicable.  But we should be careful assuming there's anything to these allegations.

1 ⚲ Like   Reply

 **mark.gisleson**                                              Sep 28, 2012

Isn't it funny how the pedophiles always find a home with some organization that hates gays? I wonder if Klayman's done legal work for the Catholic church?

2 💬 ⚲ Like   Reply

**JPRennquist**                                              28 Sep

@panopticon13 @KenAvidor Has Dean blamed the gays yet?

Like   Reply

Powered by Livefyre

| ABOUT US | MEDIA KIT | MOBILE | RSS | E-EDITION | SITE MAP |
|----------|-----------|--------|-----|-----------|----------|

| MY ACCOUNT | CONNECT | ADVERTISING | COMPANY |
|------------|---------|-------------|---------|
| LOG IN | FACEBOOK | CITY PAGES | PRIVACY POLICY |
| JOIN | TWITTER | NATIONAL | TERMS OF USE |
| | NEWSLETTERS | CLASSIFIED | SITE PROBLEMS? |
| | THINGS TO DO APP | INFOGRAPHICS | |

©2013 City Pages, LLC. All rights reserved





# Blogs



# VALLEY FEVER

 1000 mg of news

TOP BLOG STORIES




Guy Selling Rusty Fence on Craigslist Claims...
By Matthew Hendley


Trent Franks' Newest Abortion Bill Passes...
By Matthew Hendley


Black People in Arizona Twice as Likely to Get...
By Matthew Hendley

---

Joe Arpaio Recall

## Birther Lawyer Fighting Joe Arpaio Recall Was Found to Have "Inappropriately Touched" Kids

By Matthew Hendley Fri., Feb. 22 2013 at 12:49 PM
Categories: Joe Arpaio Recall

39 Comments 💬

Like  179    Send    Tweet  44    • Sun    0

What are the chances that a lawyer who was found by a court to have "inappropriately touched" children would try to stop the recall of a county sheriff whose agency failed to properly investigate more than 400 sex crimes?

This is quite the, um, *coincidence*, as we stumbled across a judgment from an Ohio appellate court, in a divorce case involving attorney Larry Klayman.

*See also:*
*-Joe Arpaio's Birther Buddies Say They'll Take Recall Effort to Court to Shut It Down*

As we reported yesterday, a group calling itself "Citizens to Protect Fair Election Results LLC" claims it will take action against the attempted recall of Maricopa County Sheriff Joe Arpaio.

That group was registered by Surprise Tea Party "leaders" Jeff Lichter and James [...] the folks credited with getting Arpaio to start the "investigation" into President Ob[...] birth certificate — and brought along Klayman to do the legal work.

Klayman, an attorney for Freedom Watch, happens to be friendly with the conspir[...] theorists at *World Net Daily*, and once introduced a "birther" affidavit from Arpai[...] evidence in an actual courtroom.

Thanks to our sister paper in Minneapolis, *City Pages*, we have an appellate court ruling from Ohio in which Klayman was unsuccessful in appealing a ruling about the terms of his parental rights stemming from his divorce, and a ruling that found him in contempt of court.

Part of that appeal was Klayman asking the court to review "the trial court's finding that [Klayman] engaged in inappropriate touching of his child is contrary to the manifest weight of the evidence and an abuse of discretion."





Larry Klayman, who "inappropriately touche[...] children, is trying to h[...] Sheriff Joe Arpaio.

## Now Trending

 Jessica Florez, Former Phoenix Councilwoman, Dies

 Phoenix Man With Weed in Pocket Walks Head-First Into Tree for Saddest Arrest of 2013

 Mesa Cops Don't Seem Very Brutal in Alleged "Police Brutality" Video

Stories | Conversations

In Case You Missed It

Scottsdale Woman Makes Jodi Arias Look Like an Amateur: Shari Tobyne Chopped Up Her Husband, Scattered Him Over Three Counties

Are You 1,000 Times Less Likely to Visit Mexico After Hearing About Yanira Maldonado?

Phoenix Man With Weed in Pocket Walks Head-First Into Tree for Saddest Arrest of 2013

Recommended by

 Club Candids: Foul Play at Bar Smith

 Insane Clown Posse at Pepsi Amphitheater, 6/2/13

Read the excerpts from the appellate court's ruling below:

The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children. "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

After reviewing the record, we find no abuse of discretion on the part of the trial court in overruling Klayman's objections regarding the magistrate's finding that Klayman inappropriately touched the children.

Obviously, we're talking about civil court matters here, not criminal court or criminal charges.

However, a magistrate judge weighed the evidence and found that Klayman acted "in a grossly inappropriate manner with the children."

Klayman's challenge to the attempted recall of Arpaio probably won't turn out in his favor, either.

## GET THE WEEKLY NEWSLETTER

Our weekly feature stories, movie reviews, calendar picks and more - minus the newsprint and sent directly to your inbox.

enter email

Tags: **arizona, birther, Citizens To Protect Fair Election Results, freedom watch, jerome corsi, joe arpaio, joe arpaio recall, larry klayman, obama birth certificate, respect arizona, surprise tea party**

 

## We Recommend

Tongue Tied's Daft Punk Tribute Party at Apollo's Lounge

More Slideshows >>

## Retail

### General

 3Monkeys Print & Design
View Ad | View Site

 Arizona Firearms & Pawn
View Ad | View Site

### Home

 Westside Furniture
View Ad | View Site

### Auto

 Phoenix Tires & Wheels Outlet
View Ad | View Site

More >>

 SHARE THE WEALTH
New Times COUPONS 

  

Kelly Wasko, Gilbert
Cancer-Faker, Gets
18 Months in Prison
(Valley Fever)

Worst Recent
Decision by an ASU
Frat Boy?
(Valley Fever)

Lana Meadville
Allegedly Kills Cat
and Hurls It at Her
Mother, Authorities
Say
(Valley Fever)

Recommended by 

**39 comments**

**VOICE**

Sign in or **Create Account**

**2 people listening**

+ Follow | Post comment as...

Newest | Oldest | Top Comments

 **biffguiznot**                      Feb 26, 2013
Is Klayman admitted in Arizona? Or is he just the only dumbass the birthers
were able to find to defend their demigod?

Like   Reply

 **deniseaz2003**                   Feb 27, 2013
@biffguiznot i have no idea ,, but knowing Az ,, who can really tell
?

Like   Reply

 **danzigsdaddy**                   Feb 24, 2013
so Larry Klayman (a guy who inappropriately touches children) is going to
defend the right to remain sheriff, a guy who doesn't feel investigating sex
crimes against children is either that important or something that should be
staffed with competent people..........how much do you want to bet Klayman is
considering moving here? You always make sure its a neighborhood you will
fit into before you move there. Hell, old Larry might just do this Pro-Bono. he
has saved enough money by dodging his child support to get a nice house
(and he owes enough other people that he wont pay, enough to get it in the
area of his choice)   Yep, god bless America, right?

4 ⚎ 🖐 ⚎ 🖐 Like   Reply

 **Flyer9753**                       Feb 23, 2013
HAHAHA!!!! Oh the irony!

But it doesn't surprise me in the slightest :)

4 ⚎ ⚎ ⚎ Like   Reply

 **deniseaz2003**                   Feb 23, 2013
the Ohio court report of Larry Klayman ,, Klayman vs Luck ,,,

http://www.sconet.state.oh.us/rod/docs/pdf/8/2008/2008-ohio-6504.pdf

3 ⚎ 🖐 Like   Reply

 **JoeArpaioFan**                                                        Feb 23, 2013

I smell a slander lawsuit. This article is pure hearsay and proves that the
liberals are now in panic mode.

                                                                    Like    Reply

 **danzigsdaddy**                                            Feb 23, 2013

@JoeArpaioFan thats a shame, since the link to the court report
are supplied that validate the claims. must be something wrong with
your sense of smell

                                                         5 🔒 🔒 👥 🔒 Like    Reply

 **danzigsdaddy**                                            Feb 23, 2013

@JoeArpaioFan  hey Robert, speaking of lawsuits....when are
they going to crack the case of "who kidnapped Joe" and prosecute
them?

                                                            3 🔒 🔒 👥 Like    Reply

 **danzigsdaddy**                                            Feb 23, 2013

@JoeArpaioFan  the only panic that the liberals are in is for the
safety of their kids now that the birthers are shipping kiddie diddlers
in and giving them work.....is that how you got your job at Burger
King?

                                                       5 🔒 🔒 👥 ? Like    Reply

 **Flyer9753**                                               Feb 23, 2013

@JoeArpaioFan

 ahhh... I missed you JAF, I had forgotten how much your nonsense
ramblings make me laugh!

                                                       3 🔒 █ ? Like    Reply

 **IdontRecall**                                             Feb 24, 2013

HEY JAFFY DUCK, Finally You found Your way out of that maze
that's the OLD FART's hole. BTW, you forgot to clean your mouth
'cause there's a lot of shit comming out of it. I wish You get cancer
throat, - since that's the tool You use to work- and die a long and
painful death.You are in IGNORANT MODE.

                                                             1 👥 Like    Reply

 **david_saint01**                                           Feb 26, 2013

@IdontRecall its not jaffy, its Boi wonder lol

                                                                    Like    Reply

 **graham57**                                                Feb 24, 2013

@JoeArpaioFan You can't get much of anything right can you?
Slander is verbal, libel is written.

                                                         3 🔒 ? 🔒 Like    Reply

 **danzigsdaddy**                                            Feb 23, 2013

i guess it makes sense to have a guy who has a history of touching kids be
the one to defend Joe from looking the other way for crimes against children.
he could always take the stand himself and say that Joe didnt look the other
way while he was touching kids......Joe just didnt try to stop him

                                                         3 🔒 👥 🔒 Like    Reply

**gerry_c**                                                                       Feb 23, 2013



Not just the birther movement (aka bowel movement). It is our very own
Surprise Tea Party Patriots supporting these odious cretins. Don't forget that
Ole Saggy Balls hired the bald sausage chomper to investigate MCSO
corruption almost all the way to the top. Baldy also has a very suspect past
with minors.

5 👤 🔲 🙂 👤 Like    Reply



**deniseaz2003**                                                    Feb 22, 2013
wonder if Klayman's Ex can get a national warrant for the famous ( NOT ) ex .
for unpaid child support , and when the jerk arrives here in the valley ,,
wonder if the JoKKKe will arrest him for not paying up, as he does the other
people ,, ??? think it is time to give the tea party nuts a cheering hurrah, they
could not pick a better looser to front a t nutjob on the state , and county ,,,
great pick kiddos

6 👤 🔲 🙂 👤 Like    Reply



**Comrade**                                                         Feb 22, 2013
No surprise there, since the OLD FOOL seems to love that kind of people to
the point of not doing anything to go after them. Maybe deep down inside, the
Fng Shurf is one of them. It's to much coincidence that he loves pink
undeware, allow the female immates to throw the pink panties at him, pink
handcuffs, even a pink room fpr immates...allows a Hooker Beater to train His
Clown Posse, and now another "child molester" pops up to join the "Party".
JOE CAMEL AND THOSE PUTOS FROM CTPFER need to be investigated ,
BTW, probably Jaffy's real name is Robert Jaffy Klayman.

4 🔲 👤 👤 🙂 Like    Reply



**danzigsdaddy**                                                    Feb 22, 2013
is Seagal going to train the posse how to protect the schools and kids from
Klayman? thats something Joe could publicize...........oh wait that would be 2
sex offenders in a school (that we know of). so much for the 500 foot rule

4 👤 👤 👤 🙂 Like    Reply



**deniseaz2003**                                                    Feb 22, 2013
http://blogs.miaminewtimes.com/riptide/2011/11/larry_klayman_conser
vative_win.php

2 🔲 🙂 Like    Reply



**danzigsdaddy**                                                    Feb 22, 2013
hold on...wait a minute....is this right? so the birther movement not only
supports a guy who wont investigate sex crimes and sex crimes against
children, but the birther movement even hires one of these degenerates to
defend the guy who wont arrest them?  oh wait....my bad , he isnt a proven
sex offender against kids  (he isnt cleared either) but he has been declared
by the courts to be one who cant discern inapropriate touching from
appropriate, and has been determined to be a perpetrator of
INAPPROPRIATE touching to children........oh yeah, thats so much better

6 👤 👤 👤 👤 Like    Reply



**Lone_Wolf**                                                       Feb 22, 2013
This shouldn't surprise anyone familiar with the Flaccid Failure's ongoing
corruption and criminal enterprise known as the MCSO. He clearly serves as
a magnet for rapists, child molesters and pedophiles. Who are naturally
drawn to his nexus of evil. I hope there is more mainstream media coverage
of this one. The American public needs to know about this.

7 🔲 👤 👤 👤 Like    Reply



**danzigsdaddy**                                                    Feb 22, 2013
so Joe has surrounded himself with Seagal.....the woman abuser, and now
Klayman....the child abuser. ......is the uninvestigated sex crime number
starting to make a little more sense to you now?

6 Like   Reply



**WhoKnows**                          Feb 22, 2013

Is he Jaffy's daddy?  That would explain Jaffy.

3 Like   Reply



**bob_lablaw96**                      Feb 22, 2013

@WhoKnows Jaffy doesn't know who his daddy is.  For all he knows, the dribbles on his momma's legs hold the only DNA that could direct him to the sperm donor.  Not surprisingly, his father has never admitted parenthood

3 Like   Reply



**danzigsdaddy**                      Feb 22, 2013

i honestly cant believe that Joe would allow this guy to represent him. Joe treats everyone as if they are guilty before they have their day in court. this guy had his day in court and was found to have some serious kiddie issues

3 Like   Reply



**DNichols**                          Feb 22, 2013

At least this "Pedifile" dosen't have to worry about Arpaio "Protecting Children."

6 Like   Reply



**danzigsdaddy**                      Feb 22, 2013

wow......i mean really..........wow.   and this is the kind of guy Joe wants to represent him?  way to get those votes back that you lost for ignoring over 400 rapes and child molestations Joe.  if you guys go to lunch to discuss your case, dont do it within 500 feet of a school

5 Like   Reply



**bob_lablaw96**                      Feb 22, 2013

@danzigsdaddy Joe went for an expert opinion, apparently.  The only thing that could be worse would be for Joe to hire a Catholic priest to investigate these crimes...if they really happened.

3 Like   Reply



**eric.nelson745**                    Feb 22, 2013

Invoking your right to remain silent, whether in criminal or civil court proceedings, means that you did it.

5 Like   Reply



**david_saint01**                     Feb 22, 2013

@eric.nelson745 i wouldnt say that...but in this case yes, because he was supposed to be fighting for the right to see his kids, or something of that nature. Id answer any and all questions i could if that meant getting my parental rights back. Seems like he didnt care too much about that.

5 Like   Reply



**JohnQ.Public**                      Feb 22, 2013

@eric.nelson745 No, it doesn't.

1 Like   Reply

**bob_lablaw96**                      Feb 22, 2013

@JohnQ.Public @eric.nelson745 What, pray tell, does



it infer to you?

The right to refuse to answer questions that might tend to incriminate you is valid. But, it also says that you feel that by answering those questions, you would look like a pervert, in this case. How could the refusal not look incriminating?

3 👍 🔲👤👍 Like   Reply



**danzigsdaddy**                                    Feb 22, 2013

@eric.nelson745 it just means you refuse to answer because your answer could incriminate you.............so it both yes and no. its not a definite "i am guilty" but is pretty close to just saying you are without actually saying it. if he is refusing to answer as to his touching children because to answer it would incriminate him on something else.... i wonder what he is hiding that is worse than being a kiddie diddler?

4 👤 👤 👤👍 Like   Reply



**eric.nelson745**                                  Feb 22, 2013

@danzigsdaddy @eric.nelson745 One thing's for sure... he didn't expect the anti-Joe forces to delve into his past. It would be very unsurprising if he were to just all of a sudden leave town.

6🔲 👤 👤 👤 Like   Reply



**JohnQ.Public**                                    Feb 22, 2013

@danzigsdaddy @eric.nelson745 The right to not answer questions is guaranteed by the U.S. Constitution just like the right to deny law enforcement access to your house without a warrant is a Constitutional right. It's not saying "I'm guilty." It's saying "Hey, police, go do your jobs and conduct an actual investigation because under our judicial system the onus is on you, police, to prove my guilt and not on me to prove my innocence." I'm not defending this guy and I'm not saying he isn't a sleazeball - because the magistrate clearly felt that he is a sleazeball based on the language cited above - but I'm not willing to hold his exercise of his Constitutional rights against him.

2🔲 👤 Like   Reply



**bob_lablaw96**                                    Feb 22, 2013

@JohnQ.Public @danzigsdaddy @eric.nels on745 Keep in mind, John Q, that an experienced prosecutor will never ask a question that he does not already know the answer to. So, when you are asked a question in an open courtroom, trust that the prosecutor will bring in evidence of your guilt, whether you answer the question directly, or wait for the prosecutor to answer it....graphically!

4 👤 🔲👍👍 Like   Reply



**someguy**                                         Feb 22, 2013

@eric.nelson745 in the court of public opinion, yes it does ... in the court of law it means nothing whatsoever, almost as if the question was never asked

3🔲 👤 👤 Like   Reply



**bob_lablaw96**                                    Feb 22, 2013

@eric.nelson745 That is also my take on the invocation of that right. If you do it in civil court, you might as well wave a flag admitting you are guilty, but too much a pussy to say the word.

2 ⚖ █ Like   Reply



**Sandy Yost**                                          Feb 22, 2013
another reason to sign to recall....

Like   Reply

Powered by Livefyre

ABOUT US        MEDIA KIT        MOBILE        RSS        E-EDITION        SITE MAP

MY ACCOUNT        CONNECT        ADVERTISING        COMPANY

LOG IN          FACEBOOK         PHOENIX NEW TIMES    PRIVACY POLICY
JOIN            TWITTER          NATIONAL            TERMS OF USE
                NEWSLETTERS      CLASSIFIED          SITE PROBLEMS?
                THINGS TO DO APP INFOGRAPHICS        CAREERS

©2013 Phoenix New Times, LLC, All rights reserved.

-
-

Wonkette



- TIPS
- Twitter
- RSS
- FACEBOOK
- ADVERTISING

[              ]  (Search)

June 5, 2013

GROSS                                                          2:01 pm September 28, 2012

# Judicial Watch Founder/Clinton Nemesis Larry Klayman Might Have Touched His Children In Their Swimsuit Areas

by Rebecca Schoenkopf



Well this is gross and awful. Larry Klayman, who made his bones with

Case 5:13-cv-00623-VAP-FFM Document 1 Filed 06/06/13 Page 46 of 75 PageID 46

Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis), and who most recently has been writing for WND and representing totally rad heavy metal children's entertainer Bradlee Dean, may have sexually abused his own children! Ha? Ha? Hilarious?

Specifically, Larry Klayman was appealing a Cuyahoga County court order regarding visitation and his wife's attorney's fees, and the court found that previous magistrates had not been in error when they took away his visitation rights and awarded his ex-wife a shitload of money.



**Is This Candida Fungus Loose In Your Blood-Stream?**
Learn how to destroy the fungus >>

From BradleeDeanInfo, via CityPages:

From Appeals Court Judge Mary Boyle, July 26,2012 [PDF]

{¶25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify.** The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{¶26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that **he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children.** "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

[BradleeDeanInfo, via CityPages]

**Tagged**

- <u>bill clinton</u>,
- <u>children</u>,
- <u>inappropriate touching</u>,
- <u>judicial watch</u>,
- <u>larry klayman</u>,
- <u>pt gross</u>,
- <u>sexual abuse</u>

Share0Tweet0<u>156 comments</u>

Hola wonkerados.

To improve site performance, we did a thing. It could be up to three minutes before your comment appears. DON'T KEEP RETRYING, OKAY?

Also, if you are a new commenter, your comment may never appear. This is probably because we hate you.

# Comments (156)                                                        <u>Login</u>

Sort by: **Date** **Rating** **Last Activity**

<u>Login</u> or <u>signup</u> now to comment.



**Come here a minute** 122p · *35 weeks ago*                              +45

Because of course.

Reply



<u>BaldarTFlagass</u> 140p · *35 weeks ago*                                +85

Hey, once them little bastards are out of the womb, they're fair game.

Reply    **5 replies** · *active 35 weeks ago*



<u>Goonemeritus</u> 127p · *35 weeks ago*                                  +22

I can only hope that he and Bradlee's sexy-times are consensual.

Reply    **1 reply** · *active 35 weeks ago*



<u>weejee</u> 129p · *35 weeks ago*                                        +36

Judicial Watch Founder/Clinton Nemesis Larry Klayman Might Have Touched His Children In Their Swimsuit Areas

*fucking ew* and then some.

Reply

 <u>BaldarTFlagass</u>  140p  · *35 weeks ago*                                    +25

Cuyahoga County? Isn't that in.... OHIO!?!?!

Reply    **2 replies**  · *active 35 weeks ago*

 <u>elviouslyqueer</u>  125p  · *35 weeks ago*                                +75

*The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children.*

WHAT
THE
ACTUAL
FUCK?

Reply    **2 replies** · *active 35 weeks ago*

 <u>Mojopo</u>  105p  · *35 weeks ago*                                        +61

Would it not be in his best interests to clear his name, so his poor kids don't have to hear about this from schoolmates who have Google? Oh, this makes my heart hurt. Those poor kids, either way.

Reply    **1 reply** · *active 35 weeks ago*

 <u>SorosBot</u>  144p  · *35 weeks ago*                                      +42

I'm trying to think of a joke here, but nope, can't come up with one about this. Ugh fuck people.

Reply    **2 replies** · *active 35 weeks ago*

 <u>Baconzgood</u>  128p  · *35 weeks ago*                                    +19

Show us on the doll where this Dave Thomas (SCTV Thomas) look alike touched you.

Reply    **3 replies** · *active 35 weeks ago*

 <u>weejee</u>  129p  · *35 weeks ago*                                        +21

Isn't this a couple of daze early for a Cocktober Surprise?

Reply    **1 reply** · *active 35 weeks ago*

 BaldarTFlagass 140p · *35 weeks ago*                                                         +65

If you dress all in black, and you aren't an undergraduate or Johnny Cash, then you are a total douche.

Reply    **17 replies** · *active 35 weeks ago*

 Serolf_Divad 120p · *35 weeks ago*                                                          +17

Doesn't that new papyrus they discovered say that Jesus was OK with this? Because I'm pretty sure I read that somewhere... maybe on the Judicial Watch website.

Reply    **1 reply** · *active 35 weeks ago*

 mavenmaven 121p · *35 weeks ago*                                                            +20

Robert Novak's calling Klayman "a prickly troublemaker" was more on target than he knew...

Reply

 Callyson 129p · *35 weeks ago*                                                             +67

Can't snark when it comes to child abuse. I just hope the ex-wife gets herself and the kids a good therapist with that shitload of money, and that they find a way to heal somehow...

Reply    **2 replies** · *active 35 weeks ago*

 CalvinsChoice 98p · *35 weeks ago*                                                         +47

Somehow, this is all Bill Clinton's fault.

Reply    **4 replies** · *active 35 weeks ago*

 actor212 142p · *35 weeks ago*                                                             +45

Now, show us on the Republican elephant where the bad man touched you, son

Reply

 [actor212](#) 142p · 35 weeks ago                                                                +18

*There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony.*

Yes. For example, there might have been a black widow spider on his penis. Or perhaps a vampire. Or a black vampire. Or a spider widow. Don't Praying Mantis eat their men?

Reply

 [EnnuiThereYet?](#) 116p · 35 weeks ago                                                        +12

Danger! Danger, Will Robinson!

Reply

 [SmutBoffin](#) 118p · 35 weeks ago                                                            +18

:^(

This is good news......FOR NO ONE

Reply

 [actor212](#) 142p · 35 weeks ago                                                              +13

Hey, Larry, I do not think the saying goes "Spare the bone, spoil the child."

I'm just sayin'...

Reply

 [ManchuCandidate](#) 130p · 35 weeks ago                                                   +39

The answer to the question: Who Watches the Watchers?

It's Pedobear... it's always been Pedobear.

Reply     **2 replies** · active 35 weeks ago

 [Baconzgood](#) 128p · 35 weeks ago                                                        +58

As a father of two kids....FUUUUUUUUUUUUCK THIS FUCKING FUCK UP THE FUCKING FUCK HOLE WITH FUCKING RUSTY CHAINSAWS!!!!!!

*with votes*

Reply    **6 replies** · *active 35 weeks ago*



PsycWench  120p  · *35 weeks ago*                                                          +62

This must have been some pretty inappropriate touching if the children's pediatrician is the person who reported it.

Reply    **5 replies** · *active 35 weeks ago*



Schmannnity  122p  · *35 weeks ago*                                                        +39

He should have to post a sign on all of his WND and Judicial Watch posts:

SEXUAL PREDATOR

Reply    **1 reply** · *active 35 weeks ago*



coolhandnuke  119p  · *35 weeks ago*                                                       +19

Just a reminder to kids and adults everywhere--steer clear of Republicans wearing Members Only jackets. Or any member of the Republican party.

Reply    **1 reply** · *active 35 weeks ago*



noodlesalad  124p  · *35 weeks ago*                                                        +17

This is when I say fuck it and turn off the internets and find the nearest alcoholic beverage. Usually it happens earlier but I actually had shit to do today. But not anymore.

Reply



actor212  142p  · *35 weeks ago*                                                           +8

*In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children.*

*GASP*

He expressed his political opinions????

GUILLOTINE!

Reply    **1 reply** · *active 35 weeks ago*

 **Baconzgood** 128p · *35 weeks ago*                                                    +9

"children's entertainer Bradlee Dean"

Linkey is brokey.

Reply          **3 replies** · *active 35 weeks ago*

 **eggsacklywright** 114p · *35 weeks ago*                                          +5

More than his feet are made of Klay, eh?

Reply

 **Schmannnity** 122p · *35 weeks ago*                                               +34

Maybe Ken Starr can get to the bottom of this with 7 or 8 years of investigation and a budget between $75 and $100 million.

Reply

 **Terry** 123p · *35 weeks ago*                                                         +20

" he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children."

Good Lord. He's like Sandusky with a big more legal savvy.

Reply

 **Hammiepants** 121p · *35 weeks ago*                                            +36

Ugh, such hypocrites these people are. Clinton has extra-marital but consensual sex, he's a depraved monster, this dude apparently felt up his own kids, and he's calling people out on their sexual proclivities. Fucking republicans.

Reply

 **Serolf_Divad** 120p · *35 weeks ago*                                            +17

Bill Donohue blames Klayman's gayness in 5... 4... 3...

Reply          **3 replies** · *active 35 weeks ago*

**HogeyeGrex** 107p · *35 weeks ago*                                                       +11

 loudmouthed Republican fringe. Taking the moral high ground as always, I see.

Seriously. Fuck this guy.

Reply

 **PsycWench** 120p · *35 weeks ago*                                                                 +44

I thought only gays molested children.

Reply     **2 replies** · *active 35 weeks ago*

 **kittensdontlie** 104p · *35 weeks ago*                                                            +12

"Larry Klayman is a *prickly* troublemaker uncongenial to party and ideological establishment." The late Robert Novak, columnist.

He was more *prickly* than anyone ever knew.

Reply     **1 reply** · *active 35 weeks ago*

 **DaveJ** 105p · *35 weeks ago*                                                                   +29

The more conservative a person is, the more rank and horrific will be the thing that eventually brings them down. Pretty much a guaranteed fact of life at this point.

Also "and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children" is deeply disturbing. If the answer is "no," then why not say "no." If the answer is ANYTHING other than "no," then let's fire up the wood chipper.

Reply

 **SayItWithWookies** 132p · *35 weeks ago*                                                         +18

I feel bad for his kids. But people obsessed with other peoples' sex lives send up a red flag right away. Now about that Ken Starr fellow...

Reply

 **Antispandex** 104p · *35 weeks ago*                                                             +38

Of course it's only bad when lierals do it, hippies! You remember when a certain portly conservative talker was caught with illegal prescrition meds, and then was later busted on a return trip from an apparent sex-cation? That is perfectly acceptable behavior because he wasn't an ELECTED official. See, where you screwed up there? Morals are for elected persons, and when they are caught, you need to check for their party affiliation. (R) = Unsubstantiated rumor. (D) = Impeachable offense. It couldn't be more logical.

Reply



lulzmonger  102p · *35 weeks ago*                                                                                    +16

Surely noone could have predicted there would be a link between conservativism & pedophilia!

Reply    **1 reply** · *active 35 weeks ago*



mrblifil  113p · *35 weeks ago*                                                                                      +7

They were there, he was horny. This is for the emergency room to sort out surely.

Reply



BigSkullF*ckingDog  123p · *35 weeks ago*                                                                            +17

Gay marriage is to blame for this.

Reply    **1 reply** · *active 35 weeks ago*



cheetojeebus  101p · *35 weeks ago*                                                                                  +20

so stabby, so very very stabby right now.

also ball punchy.

Reply



BaldarTFlagass  140p · *35 weeks ago*                                                                                +32

"Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis),"

Hey Larry, at least my "victims" were all consensual and of legal age in all 50 states. And not related to me.
---Bill Clinton

Reply    **3 replies** · *active 35 weeks ago*



SoBeach  114p · *35 weeks ago*                                                                                       +15

*...Klayman would not even answer the simple question regarding what he thought inappropriate touching was.*

As a parent I can tell you that's about the easiest goddam question in the world to answer.

Ew indeed.

Reply

 <u>bureaucrap</u> 112p · *35 weeks ago*                                    +6

PLEASE, PLEASE, PLEASE, let someone in the Romney campaign hire Klayman to do an endorsement spot...

Reply

 <u>Terry</u> 123p · *35 weeks ago*                                    +16

That photo was taken at one of the overlooks at Great Falls Park, just north of DC. I plan on driving there immediately and pouring bleach on the spot.

Reply

 <u>sullivanst</u> 122p · *35 weeks ago*                                    +8

Disgusting pig is pig, and disgusting... allegedly.

Reply

 <u>ChillBill</u> 127p · *35 weeks ago*                                    +8

No snark. Disgusting to the nth degree.

Reply

 <u>Kid Charlemagne</u> 105p · *35 weeks ago*                                    +10

Republicans striking another blow for family values!

Reply        <u>3 replies</u> · *active 35 weeks ago*

1  <u>2</u>  <u>Next »</u>

**Previous post:** <u>Former CEO of Merrill Lynch Has Some Very Pressing Questions About His Executive Pay</u>

**Next post:** <u>Guess Who Is the Keynote Speaker at the Cayman Islands Alternative Investment Summit (Hint: It</u>

Is George W. Bush)



CREDO action          Take Action ▶

- **Wonkette Bazaar**



**Life moves fast – your computer should, too.**

Introducing the Crucial®
M500 SSD

**Nearly instant load and boot times**

**Terabyte-class capacity**

**Top-level data encryption**

Read more…

**AN ELECTRIFYING THRILLER!**



Loved *The Watchers*? **DON'T MISS JON STEELE'S high octane and mysterious** new read ANGEL CITY'

WATCH THE VIDEO HERE!

On sale now'

**Connect with the author on** Facebook here

**Tweet this!**

Log In    Help    Register

The name   Password

☐ Remember Me?


# THE BALTIMORE SUN


**Give abused and neglected children a voice.**
**Yours.**

| News | Sports | Business | Entertainment | Search all Opinion | Classifi | **Forum** |

New Posts   FAQ   Calendar   Community      Forum Actions      Quick Links

or Search forum posts

Choose a viewing experience:

# Desktop | Mobile

(If you change your mind after choosing, you can select an experience at the bottom of the page.)

🏠 Forum    News    National/World News

Did Judicial Watch Superstar Larry Klayman Sexually Abuse His Own Children?

**Super Bowl champion Ravens visit President Obama at the White House**
When the Ravens visited President Barack Obama at the White House today, coach John Harbaugh made reservations for 2014. "I want you to know we have plans to be here next year, too," Harbaugh told Obama.

**Appeal of 2010 Census nets Baltimore a small population gain**
The Rawlings-Blake administration's challenge to the 2010 Census count netted the city a small population bump.

**A short life marred by accusations of family violence**

**One killed, five wounded in separate Baltimore shootings**

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 1 of 1

## Thread: Did Judicial Watch Superstar Larry Klayman Sexually Abuse His Own Children?

| | Thread Tools | Display |

| 09-28-2012,  10:53 PM | | #1 |



**Calamari** ○
**Member**

| | |
|---|---|
| Join Date: | Mar 2001 |
| Location: | R'lyeh |
| Posts: | 34,802 |

📄 **Did Judicial Watch Superstar Larry Klayman Sexually Abuse His Own Children?**

http://blogs.citypages.com/blotter/2...n_children.php

> *Well this week brought some uncomfortable news for the tracksuit-wearing homophobic preacher -- his notorious lawyer, the presumably straight Larry Klayman, has allegedly sexually abused his own children.*
>
> *A court recently ordered Klayman to pay his ex-wife $325,000 in attorney fees. Klayman appealed, but a judge tossed it out. What's interesting, however, are a couple nuggets buried in the judge's ruling (via Ken Avidor -- emphasis his):*

Some pretty sick stuff. You can go there yourself, I'm not copying it onto this board.

**Reply With Quote**

Quick Navigation     | **National/World News** | **Top** |

« Previous Thread | Next Thread »

---

**Posting Permissions** 🔼

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is Off
**[VIDEO]** code is Off
HTML code is Off

**Forum Rules**

---

Contact Us   baltimoresun.com   Privacy Statement   Top



HANDCRAFTED
AMERICAN-MADE
FURNITURE

Created by artisans across the country.
90% of our products are made in the U.S.
Shop the 2013 collection

Room&Board
CLASSIC CONTEMPORARY
HOME FURNISHINGS

All times are GMT -5. The time now is 04:25 PM.

Powered by vBulletin® Version 4.2.0
Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

Privacy Policy | Terms of Service | Search/Archive | Feedback | Contact



Larry Klayman

Back sometime that was more than five yet less than ten years ago, Atrios was fond of stating, sometimes as a question, his belief that there was nothing a conservative could say or do that would get him or her permanently banned from public life. This belief I call "Atrios' Law".

It looks like Larry Klayman is about to test that law.

Klayman, you will recall, is the guy who first came to fame at the helm of Judicial Watch. The guy who sued his own mom. The guy who lost control of Judicial Watch and then sued it. The guy who is now suing *City Pages* and pretty much anyone he feels like suing or silencing (except for *Wonkette*, whose "Snipy" has dared Klayman to sue them over the same issue for which he's suing *City Pages*).

Has Klayman finally gone a SLAPP suit too far? It could be:

> Via the birther debunker site Fogbow's thread, KLAYMAN v CITY PAGES, et al. – MDFL – (Klayman Suit for Defamation Bluestem has learned that the defendants in conservative lawyer Larry Klayman's defamation lawsuit filed a motion to dismiss on Wednesday, May 29, 2013.
>
> The docket for the case can be viewed here. Bluestem embeds the motion below.
>
> In the 13-page document, the crux of the defendants' argument is to appeal to the truth of their accounts and the privilege that journalists receive for "fair and accurate reports of official documents":
>
>> Thus, this lawsuit is about whether Plaintiff can sue Defendants for making that one statement in light of the magistrate's finding that Plaintiff's behavior was "grossly inappropriate," and the Ohio appellate court's decision affirming the magistrate. He cannot, and the reasons he cannot is because **the statement is truthful and cannot form the subject of a claim for defamation, because he does not identify any true statements of fact as is necessary to state a claim for defamation by implication, and because his claims are barred by the substantial truth doctrine and the privilege for fair and accurate reports of official documents.**

So what's Larry suing about? This:

> A Florida lawyer has hit City Pages with a $1.4 million defamation lawsuit for a story last fall that said the lawyer inappropriately touched his children.
>
> Larry Klayman's lawsuit, announced Monday, March 25, said City Pages sought to hurt the attorney in retaliation for Klayman's representation of Bradlee Dean, the controversial anti-gay preacher and founder

of an Annandale-based group You Can Run But You Cannot Hide.

The City Pages story, which ran Sept. 28 last year, said an appeals court in Ohio had ordered Klayman to pay his ex-wife $325,000 in attorney's fees, and that the order noted a lower court magistrate had heard evidence of sexual abuse from his children's pediatrician, who reported it to children's services, and from a social worker at that agency.

The story said the social worker's findings were changed to "unsubstantiated," but the magistrate found that Klayman acted in a "grossly inappropriate manner" with one of his children, although his conduct may not have been sexual....

Stay tuned.

*Photo FreedomWatchUSA*

♡ 6 Comments
Tags: Larry Klayman

## 6 Responses to "Larry Klayman and Atrios' Law"

tejanarusa June 4th, 2013 at 5:54 pm
1

Very interesting. It certainly is a serious claim. But if the magistrate made findings of fact that match the claim, I'm thinking Larry's the loser on this motion.
Not that it'll stop him in the future, of course. But a good thing nonetheless.

♡ Login to Reply
liberalarts June 4th, 2013 at 6:59 pm
2

Putting aside for a moment what Klayman's doing, who is Larry Klayman? Need I care? I mean, there are only so many hours in the day for concerns and at almost 70, I feel I must sensibly ration my time and energy.

♡ Login to Reply
ThingsComeUndone June 4th, 2013 at 7:33 pm
3

The GOP needs to vets its people better.

💬 Login to Reply
Phoenix Woman June 5th, 2013 at 5:54 am
4
In response to liberalarts @ 2

Remember the get-Clinton mania of the 1990s? He was a key figure in it.

He is also living proof of Atrios' Law, as stated above.

When someone like Jeremiah Wright says or does things that are all but totally innocuous, they are banished from public life. When someone like Larry Klayman or Andrew Breitbart does things that are actually , truly despicable, they are given an even bigger platform and treated with respect by our media and social overlords.

💬 Login to Reply
jonerik June 5th, 2013 at 6:30 am
5
In response to liberalarts @ 2

Larry Klayman was the executive director and chief lawyer for a right-wing public interest law firm, "Judicial Watch", a Richard Scaife funded entity that sued President Clinton and his administration over who knows what. To its credit, Judicial Watch did join the Sierra Club in suing Cheney under the Freedom of Information Act for the minutes of his secret Energy Task Force.

http://en.wikipedia.org/wiki/Judicial_Watch

💬 Login to Reply
Mommybrain June 5th, 2013 at 1:35 pm
6

KKKlayman is one of the "top" birther lawyers. He's been involved in several suits and has filed an amicus brief in the Alabama birther case going before the AL Supremes soon. He is, as reading any of his personal lawsuits will show, a slime ball of the first order…and a terrible lawyer.

We have lots more about him at the Fogbow,

💬 Login to Reply

You must be logged in to post a comment.

Need an account? Register here.

« Gallup Concludes Their 2012 Samples Were Too Conservative

Turkish Tempest – Day 5 »

[ Search ]

## MYFDL RECOMMENDED DIARIES

- Revealed: Israelis Are Helping to Crush the Zapatista Movement
  By: wendydavis 14 Comments
- Dirty Details: Dents, Faulty Welds Found Along Keystone XL Southern Half in Texas
  By: Steve Horn 3 Comments
- Tsarnaevs: Did Russia Turn US Against North Caucasus Separatism?
  By: E. F. Beall 31 Comments
- Google Promotes Failed Coal Lobby Work to Stop EPA Mercury and Toxic Air Regulations
  By: Kevin Grandia 1 Comments
- Over Easy: The Treachery at Hanford
  By: Crane-Station 140 Comments
- A new angle on fracking
  By: David Seaton 0 Comments
- Has There Been a Bigger Con Man in the White House than Barack Obama?
  By: Ohio Barbarian 43 Comments
- An Abortion by Any Other Name: Beatriz and the Global Anti-Choice Spin Machine
  By: RH Reality Check 5 Comments
- John Kerry Addresses the American Jewish Community Global Forum on Middle East Peace Prospects
  By: EdwardTeller 7 Comments
- Bradley Manning and cheezburger.com
  By: HotFlash 4 Comments

For advertising information, please contact
✉ info@csmads.com

Advertisement

- BECOME A MEMBER
- About us
- Advertise
- Contact Us
- Send Comments/Tips

- Home
- My FDL
- News
- TBogg
- La Figa
- Book Salon
- FDL Action
- The Dissenter
- Pam's House Blend
- Elections
- Just Say Now
- Bytegeist

# Larry Klayman and Atrios' Law

By: Phoenix Woman Tuesday June 4, 2013 5:48 pm

"The City Pages story, which ran Sept. 28 last year, said an appeals court in Ohio had ordered Klayman to pay his ex-wife $325,000 in attorney's fees, and that the order noted a lower court magistrate had heard evidence of sexual abuse from his children's pediatrician, who reported it to children's services, and from a social worker at that agency.

The story said the social worker's findings were changed to "unsubstantiated," but the magistrate found that Klayman acted in a "grossly inappropriate manner" with one of his children, although his conduct may not have been sexual…"

▶▶ read more…    💬 6 Comments

Tags: Larry Klayman

( Search )





A project of People For the American Way dedicated to monitoring and exposing the activities of the right-wing movement. **LEARN MORE >**

## Birthers of the World Unite: Larry Klayman to Represent Group Defending Joe Arpaio

SUBMITTED BY *Brian Tashman* on Thursday, 2/21/2013 2:15 pm

Well this comes as no surprise.

Larry Klayman, the birther attorney (http://www.wnd.com/2012/12/how-to-stop-an-ineligible-president/) who is now calling (http://www.rightwingwatch.org/content/klayman-revolution-black-muslim-obama) for an armed revolution against President Obama (http://www.rightwingwatch.org/content/klayman-prepares-armed-revolt-barbar-predicts-second-civil-war) , is representing (http://www.dailykos.com/story/2013/02/21/1188682/-Group-calls-for-end-of-Arpaio-recall-Ha-Ha-Ha-Threatens-lawsuit-Ha-Ha-Ha) a new group of Tea Party members defending Sheriff Joe Arpaio from a potential recall election.

The Judicial Watch founder is threatening to sue activists (http://www.azcentral.com/news/politics/articles/20130220arpaio-supporters-demand-end-recall-effort.html) who are collecting petitions to recall the Maricopa County, Arizona sheriff. In a video posted by *Arizona Nightly News*, Klayman ironically (http://www.theatlantic.com/national/archive/2012/05/sheriff-joe-arpaio-allegedly-not-only-harrassed-latinos-but-ignored-crime/257033/) calls Arpaio opponents "vigilantes" who seek to "harass" the sheriff and distorts (http://www.azcentral.com/news/politics/articles/20130220arpaio-supporters-demand-end-recall-effort.html) state election law to claim that the recall attempt is illegal.

Poor legal advice aside, Klayman's selection to represent the group may not be a boon to the image of Arpaio, who is currently under fire for hiring a child-sex offender for his armed posse to guard schools (http://www.salon.com/2013/02/13/joe_arpaio_hired_a_convicted_child_sex_criminal_for_armed_school_%E2%80%9Cposse%E2%80%9D/) , since Klayman himself has been accused of child sexual abuse (http://wonkette.com/485407/judicial-watch-founderclinton-nemesis-larry-klayman-might-have-touched-his-children-in-their-swimsuit-areas) .

## FILED UNDER

PEOPLE: Larry Klayman (/category/people/larry-klayman) , Joe Arpaio (/category/people/joe-arpaio)

TOPICS: Birther (/category/topics/birther)



# BO NEWS

# Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children

| | |
|---|---|
| Xiphias<br>September 28, 2012 05:28PM | Admin<br>Registered: 1 year ago<br>Posts: 17,823 |

0 0

[blogs.citypages.com]



Quote

Bradlee Dean has long linked homosexuality and child sexual abuse. For instance, in a blog post from June about Larry Brinken's child porn arrest, Dean wrote, "The news about Brinken's horrific child-pornography crimes followed the conclusion of 'Pride Week,' yet again puling off the mask of the radical homosexual agenda to expose who they are, what they are and who their target really is, showing who is truly under attack."

Well this week brought some uncomfortable news for the tracksuit-wearing homophobic preacher -- his notorious lawyer, the presumably straight Larry Klayman, has allegedly sexually

abused his own children.

(Posted to the front page on 2012-09-28 17:28:57)

| Subject | Author | Posted |
|---|---|---|
| **Bradlee Dean's attorney, Larry Klayman, allegedly sexually abused his own children** | Xiphias | September 28, 2012 05:28PM |

Sorry, only registered users may post in this forum.

Click here to login

This forum is powered by Phorum.

# Orion Group, Satanism, NWO and "ruling elite"

## Do not carry the poison of evil within yourself

In a world filled with evil, as you can see everywhere, there is a tendency of identification with it, and its penetration into your depths. If you succumb to its influence and begin to carry it within yourselves, even from

# Larry Klayman, founder of radical rigjhtwing "Judicial Watch," who constantly sued Bill Clinton, charged with doing you-know-what to his children

Why are all rightwingnutjobs pedophiles???

-- quote

http://wonkette.com/485407/judicial-watch-founderclinton-nemesis-larry-klayman-might-have-touched-his-children-in-their-swimsuit-areas

Well this is gross and awful. Larry Klayman, who made his bones with Judicial Watch, which was constantly suing Bill Clinton every time he sneezed (with his penis), and who most recently has been writing for WND and representing totally rad heavy metal children?s entertainer Bradlee Dean, may have sexually abused his own children! Ha? Ha? Hilarious?

Specifically, Larry Klayman was appealing a Cuyahoga County court order regarding visitation and his wife?s attorney?s fees, and the court found that previous magistrates had not been in error when they

took away his visitation rights and awarded his ex-wife a shitload of money.

From BradleeDeanInfo, via CityPages:

From Appeals Court Judge Mary Boyle, July 26,2012 [PDF]

{?25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. The magistrate heard evidence from the children?s pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was ?indicated.? Although the social worker?s finding was later changed to ?unsubstantiated? when Klayman appealed, the magistrate explained that the supervisor who changed the social worker?s finding did not testify. The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

{?26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, ?for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff?s Department about the allegations,? and that he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children. ?Even more disturbing? to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman?s decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.)

There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

end quote

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Women may come, and,
Women may go.

But a dog and a truck
Will stay with you
Forever.

Generated by PreciseInfo ™

"It is not unnaturally claimed by Western Jews that Russian Jewry, as a whole, is most bitterly opposed to Bolshevism. Now although there is a great measure of truth in this claim, since the prominent Bolsheviks, who are preponderantly Jewish, do not belong to the orthodox Jewish Church, it is yet possible, without laying ones self open to the charge of antisemitism, to point to the obvious fact that Jewry, as a whole, has, consciously or unconsciously, worked for and promoted an international economic, material despotism which, with Puritanism as an ally, has tended in an everincreasing degree to crush national and spiritual values out of existence and substitute the ugly and deadening machinery of finance and factory.

It is also a fact that Jewry, as a whole, strove with every nerve to secure, and heartily approved of, the overthrow of the Russian monarchy, WHICH THEY REGARDED AS THE MOST FORMIDABLE OBSTACLE IN
THE PATH OF THEIR AMBITIONS and business pursuits.

All this may be admitted, as well as the plea that, individually
or collectively, most Jews may heartily detest the Bolshevik regime,
yet it is still true that the whole weight of Jewry was in the
revolutionary scales against the Czar's government.

It is true their apostate brethren, who are now riding in the seat
of power, may have exceeded their orders; that is disconcerting,
but it does not alter the fact.

It may be that the Jews, often the victims of their own idealism,
have always been instrumental in bringing about the events they most
heartily disapprove of; that perhaps is the curse of the Wandering Jew."

(W.G. Pitt River, The World Significance of the Russian Revolution,
p. 39, Blackwell, Oxford, 1921;

The Secret Powers Behind Revolution, by Vicomte Leon De Poncins,
pp. 134-135)



If you want a picture of the future, imagine a boot stamping on a human face — forever or "It's better for you to burn & die at the stake than live with a heart that does not love MY God the way I think YOU should." -Terry Gross

Friday, September 28, 2012

## Remember Larry Klayman, founder of Judicial Watch and Freedom Watch? He sexually abused his own kids

A court recently ordered Klayman to pay his ex-wife $325,000 in attorney fees. Klayman appealed, but a judge tossed it out. What's interesting, however, are a couple nuggets buried in the judge's ruling.



Posted by PerceptionManagers.Org at 9/28/2012 03:36:00 PM 

## No comments:

Post a Comment

## Links to this post

Create a Link

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)



**Search This Blog**

[ Search ]

**Popular Posts**

The Oreo, The Dingbat and the Drunk Neo-Nazi-Cry-Baby

Camp 22. North Korea's playground for rape, starvation and unimaginable torture. Camp 22 is a North Korean prison for political prisoners. Camp 22 is known as: Kwan-li-so No.22 Haengyong. 'Kwan-li-so' is Korean f...

Ohio Republican Secretary of State, Racist John Husted, suspended the Democrats from the previously bipartisan election board because they supported weekend voting. Republican John Husted determined to prevent nigroes from voting. 3/5ths a man, Jim Crow, fuck you libtards, Nigroes will not get to vote. S...

Pope Hitler Youth is on board with Global Warming. Who knew?

Amy Bouzaglo from Amy's Baking Company, Scottsdale AZ, is in full Facebook meltdown. Amy is unfortunately suffering very public mental breakdown as well and is in full Troll Feeding Mode . She can't bake, she can't ...

"Preparing For A Post Apartheid Israel Middle East" There will soon be a lot of dead and pissed off zionists soon . Apartheid Israel doesn't know it's lost yet. But Apartheid Israel is...

The Lord of the Rings VS. Atlas Shrugged. There are two novels that can change a bookish fourteen-year old's life: The Lord of the Rings and Atlas Shrugged. One is a childish fan...



Did Joe Scarborough cover up the murder of Lori Klausutis? Was Jeb! involved?

Why has Lori Klausutis' Death Been Swept Under the Rug? This article is the first in a series on t r u t h o u t which will present t...

Kevin Kordes of Gravois Mills, MO calls for the assassination of President Obama

He works at Lowe Boats 2900 Industrial Drive Lebanon, Missouri 65536 (417) 532-9101

Right wing cuts off nose, despites face. We were going to go with "Unpatriotic Right Wing Scumnbags root against America", but we went the civil route.

Simple template. Powered by Blogger.

visitation rights and awarded his ex-wife a shitload of money.

From BradleeDeanInfo, via CityPages:

From Appeals Court Judge Mary Boyle, July 26, 2012 [PDF]

> {¶25} The issues raised by Klayman involve credibility assessments made by the magistrate. Klayman challenges these findings. **The magistrate heard evidence from the children's pediatrician who reported allegations of sexual abuse to children services, and from a social worker at children services who found that sexual abuse was "indicated." Although the social worker's finding was later changed to "unsubstantiated" when Klayman appealed, the magistrate explained that the supervisor who changed the social worker's finding did not testify.** The magistrate pointed out that he was obligated to make his own independent analysis based upon the parties and the evidence before him. In doing so, the magistrate found on more than one occasion [Klayman] act[ed] in a grossly inappropriate manner with the children. His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended his children would. That, however, does not mean that he did not engage in those acts or that his behavior was proper.

> {¶26} The magistrate further found it significant that although Klayman denied any allegations of sexual abuse, he never denied that he did not engage in inappropriate behavior with the children. The magistrate further found it notable that Klayman, "for all his breast beating about his innocence * * * [he] scrupulously avoided being questioned by anyone from [children services] or from the Sheriff's Department about the allegations," and that **he refused to answer any questions, repeatedly invoking his Fifth Amendment rights, about whether he inappropriately touched the children.** "Even more disturbing" to the magistrate was the fact that Klayman would not even answer the simple question regarding what he thought inappropriate touching was. The magistrate stated that he could draw an adverse inference from Klayman's decision not to testify to these matters because it was a civil proceeding, not criminal.

This does not mean Larry Klayman is guilty. (Because we are liberals.) There are lots of reasons a man might have touched his children, on the real, and we are not privy to the testimony. Also, if anyone is going to constantly invoke the Fifth Amendment when he has the opportunity to clear his name, it is Larry Klayman, because he is a crazy person. It just means fucking ew.

[BradleeDeanInfo, via CityPages]

**Tagged**

- bill clinton,
- children,
- inappropriate touching,
- judicial watch,
- larry klayman,
- pt gross,
- sexual abuse

Larry Klayman   Home



**Republicans Against Arpaio · 225 like this**
February 24 at 1:54pm ·

Like

Larry Klayman (a guy who inappropriately touches children) is going to defend the right to remain sheriff. A guy who doesn't feel investigating sex crimes against children is either that important or something that should be staffed with competent people.

Birther Lawyer Fighting Joe Arpaio Recall Was Found to Have 'Inappropriately Touched' Kids
blogs.phoenixnewtimes.com

What are the chances that a lawyer who was found by a court to have "inappropriately touched" children...

Like · Comment · Share                                                                    3

6 people like this.

 **Tamara Hillman** Obama has his ENTIRE PAST to hide, so if you wanna start diggin' up dirt----GO THERE!
March 3 at 1:25pm · Like

 **Republicans Against Arpaio** Tamara, please keep your posts relevant to Arpaio. Obama is another story. Lets stick focus on Arpaio on this page. Thank you.
March 4 at 7:34am · Edited · Like

 **Tamara Hillman** Why should I not make comparisons between a law abiding sheriff, and a lawbreaking president? I want LAWS & THE CONSTITUTION FOLLOWED BY ALL!!!!!
March 3 at 2:54pm · Like

 **Republicans Against Arpaio** Because obama is not running for maricopa county sheriff. Arpaio law abiding? Please tell me you idolize him too. Have you not heard of t the +400 child sex crimes he failed to investigate? ~$200 millions of tax payer money that he has wasted? All rig... See More
March 3 at 4:10pm · Like

 **Tamara Hillman** What about the millions Arpaio has SAVED Arizona by putting criminals in tents with bologna sandwiches and water for their meals instead of steak & potatoes?-- - No exercise rooms, TV, etc. either? Yes, I have heard and investigated all the charges brou... See More
March 3 at 5:39pm · Like

 **Republicans Against Arpaio** Tamara, Arpaio has wasted much more than he has saved. My question is why has he wasted any? You are willing to overlook +400 children being raped and ~$200 million dollars because he managed to save some money? ps he just requested his budget to be doubled.
March 3 at 9:27pm · Like

 **Republicans Against Arpaio** Daniel G. Navarro and Tamara Hillman please do not discuss Obama on this page. Consider this your last warning. Thank you for your cooperation.
March 3 at 9:27pm · Like

 **Benjamin Marin** Tamara Hillman: You may believe Arpaio and the "Birther" movement has factual information against our U.S. President's residency, but as evident from a posting on Republicans Against Arpaio page yesterday afternoon your "Birther" movement has factually lost in court 287 cases. They have won zero of their cases. How is that for facts?
March 4 at 7:43am · Like

 **Tamara Hillman** No way am I looking the other way with 400 child molesters getting away with it.....I was LIVID about that! But they cleared him of any charges on that deal, so I thought it was trumped up charges to make him look bad before the election....

Sponsored                                    Create Ad

+ SEXY Scarlet Starr +

ALT, SEXY, BEAUTY & MORE... CLICK Here to see more...

Like

Videobomb Over Photobomb!
buzzfeed.com

Video killed the radio star. See "20 Gifs That Prove Videobombs Are The New Photobombs!"

Stylish Oxford Boots
zappos.com

Free Shipping when you shop Oxford boots at Zappos.com

$5 sexy lingerie 8,000pcs
wholesale-dress.net

Can use facebook ID login our website.duty free shipping by USPS.Warehouse in New York.

Meet Filipino Women
filipinocupid.com

Over 2 million Filipino beauties for dating at FilipinoCupid.com. Join free now.

Photography's Finest

Your daily updated source of inspiration. Coolest photographers selected for you!

Like

Sexy Rocking Stars
overallsite.com

Get New Images Everyday of Amazing and Sexy Celebrities. Direct from Happening Events.

Facebook © 2013
English (US) · Privacy · Terms · Cookies · More

March 4 at 12:57pm · Like

 **Republicans Against Arpaio** Tamara Hillman Arpaio was never formally charged with letting 400 sexual predators go free by any kind of judicial entity. He was accused by the media, politicians in both parties, police officers, the USDOJ, and sex crime victims have filed viable law... See More

> **Home Page**
> iftherewereanyvictims.com
> Check out http://iftherewereanyvictims.com/! Home Page

March 4 at 4:18pm · Like

Write a comment...

Chat (250)