IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY KLAYMAN,                    )        CASE NO. 5:13 CV 0267
                                  )
        Plaintiff,                )
                                  )
    vs.                           )        JUDGE WM. TERRELL HODGES
                                  )
LAWRENCE R. LOEB,                 )
                                  )
        Defendant.                )

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Defendant Lawrence R. Loeb respectfully moves this Court for an order granting him a twenty-one (21) day extension of time to move or plead in response to the Complaint, up to and including July 22, 2013.  The grounds in support of this motion are as follows:

On or about June 10, 2013, defendant was served with the Summons and Complaint.  The Complaint is comprised of 47 paragraphs and over 50 pages of exhibits.  Plaintiff did not provide defendant with the opportunity to waive service per Fed.R.Civ.P. 4(d).  Pursuant to Fed.R.Civ.P. 12(a)(1)(A), a motion or responsive pleading is due on July 1, 2013.  Additional time is needed in order to investigate the plaintiff's allegations and prepare an appropriate response to the

Complaint.  This motion is not made for purposes of delay.  Granting this motion should not prejudice any party.

WHEREFORE, Defendant accordingly requests that this Court grant him a twenty-one (21) day extension of time to move or plead in response to the Complaint, up to and including July 22, 2013.

### Certification of Pre-Filing Conference

Pursuant to Local Rule 3.01(g), Charles E. Hannan, counsel for Defendant, hereby certifies that he conferred with the Plaintiff regarding the relief requested in this motion but, to date, Plaintiff has not advised whether he consents or objects to the relief Defendant requests.

Respectfully submitted,

TIMOTHY J. McGINTY, Prosecuting Attorney
of Cuyahoga County, Ohio

By:      /s/ Charles E. Hannan
         CHARLES E. HANNAN (Ohio Bar No. 0037153)
         Assistant Prosecuting Attorney
         The Justice Center, Courts Tower, 8th Floor
         1200 Ontario Street
         Cleveland, Ohio 44113
         Tel: (216) 443-7758/Fax: (216) 443-7602
         E-mail: channan@prosecutor.cuyahogacounty.us


By:      /s/ Kim M. Hastings
         KIM M. HASTINGS (Florida Bar 0698253)
         KIM M. HASTINGS, P.A.
         23241 Marsh Landing Blvd.
         Estero, Florida 33928
         Tel: (239) 947-9195/Fax: (800) 851-7484
         kmhastings@kmhlegal.com

         *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the  28th  day of June 2013, the foregoing Defendant's Motion for Leave to Move or Plead in Response to the Complaint was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


 /s/ Charles E. Hannan          
CHARLES E. HANNAN
Assistant Prosecuting Attorney