IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| LARRY KLAYMAN, | ) | CASE NO. 5:13 CV 0267 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE WM. TERRELL HODGES |
| | ) | |
| LAWRENCE R. LOEB, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SPECIAL APPEARANCE WITH DESIGNATION AND
CONSENT TO ACT LOC.R. 2.02(a)**

Charles E. Hannan, Assistant Prosecuting Attorney for Cuyahoga County, Ohio, hereby enters his special appearance as counsel of record on behalf of defendant Lawrence R. Loeb pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida.

Charles E. Hannan is not a resident of Florida but is a member in good standing of the bar of the United States District Court for the Northern District of Ohio, as well as the United States Court of Appeals for the Sixth Circuit and the Supreme Court of the United States.

Charles E. Hannan has not entered any prior appearances in this Court and thus has not abused the privilege to enter this special appearance.

In compliance with Local Rule 2.02(a), Charles E. Hannan hereby designates and consents to have Kim M. Hastings, a member of this bar and resident of Florida, serve as local counsel who will be served with all notices and papers and who will be responsible for the progress of the case.

Because this is a limited appearance, Charles E. Hannan respectfully requests that he be relieved from having to comply with the fee and e-mail requirements of Local Rule 2.01(d).

Respectfully submitted,

TIMOTHY J. McGINTY, Prosecuting Attorney
of Cuyahoga County, Ohio

By:     /s/ Charles E. Hannan
CHARLES E. HANNAN (Ohio Bar No. 0037153)
Assistant Prosecuting Attorney
The Justice Center, Courts Tower, 8th Floor
1200 Ontario Street
Cleveland, Ohio 44113
Tel: (216) 443-7758/Fax: (216) 443-7602
E-mail: channan@prosecutor.cuyahogacounty.us

By:     /s/ Kim M. Hastings
KIM M. HASTINGS (Florida Bar 0698253)
KIM M. HASTINGS, P.A.
23241 Marsh Landing Blvd.
Estero, Florida 33928
Tel: (239) 947-9195/Fax: (800) 851-7484
kmhastings@kmhlegal.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on the __28th__ day of June 2013, the foregoing Defendant's Notice of Special Appearance with Designation and Consent to Act, Loc.R. 2.02(a), was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Charles E. Hannan
      CHARLES E. HANNAN
      Assistant Prosecuting Attorney


      /s/ Kim M. Hastings
      KIM M. HASTINGS