IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN, <br><br> Plaintiff, <br> v. <br><br> LAWRENCE R. LOEB, <br><br> Defendant. | Civil Action No. 5:13-CV-0267 |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

Plaintiff, Larry Klayman, hereby moves for an extension of one (1) day to file a response to Defendant's Motion to Dismiss and as grounds therefore would show:

1. On August 23, 2013 Plaintiff contacted counsel for Defendant to seek consent for this motion. Defendant has granted consent to this motion.

2. On July 18, 2013 Defendant Lawrence Loeb filed a motion to dismiss.

3. Plaintiff, who is representing himself pro se in this proceeding, has just returned from extensive travel out of state and has just returned to the office.

4. In addition, Plaintiff's boutique law practice has been inundated with work related to an appellate brief due on the same week as this opposition (*Klayman v. Zuckerberg*, No. 13-7017, D.C. Circuit). In addition, Plaintiff also has an appellate reply brief due, also in the D.C. Circuit (*Freedom Watch v. OPEC*, No. 13-7019, D.C. Circuit).

1

2

5. A short extension of one (1) day will allow Plaintiff time to fully complete all pleadings.

6. An extension of one (1) day will not prejudice either party.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of (1) day, or until September 3, 2013 for Plaintiff to file a response to Defendant's Motion to Dismiss.

                                               Respectfully submitted,

                                               */s/ Larry Klayman*
                                               Larry Klayman, Esq.
                                               2775 NW 49th Ave, Suite 205-346
                                               Ocala, FL 34483
                                               Email: leklayman@gmail.com
                                               Tel: (310) 595-0800

                                               Pro se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Larry Klayman
LARRY KLAYMAN

Plaintiff Pro Se

## SERVICE LIST

CHARLES E. HANNAN (Ohio Bar No. 0037153)
Assistant Prosecuting Attorney
The Justice Center, Courts Tower, 8th Floor
1200 Ontario Street
Cleveland, Ohio 44113
Tel: (216) 443-7758/Fax: (216) 443-7602
E-mail: channan@prosecutor.cuyahogacounty.us


KIM M. HASTINGS (Florida Bar 0698253)
KIM M. HASTINGS, P.A.
23241 Marsh Landing Blvd.
Estero, Florida 33928
Tel: (239) 947-9195/Fax: (800) 851-7484
E-mail: kmhastings@kmhlegal.com

*Attorneys for Defendant*