IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| LARRY KLAYMAN, | ) | CASE NO. 5:13 CV 0267 |
| | ) | |
| Plaintiff, | ) | JUDGE WM. TERRELL HODGES |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | PHILIP R. LAMMENS |
| LAWRENCE R. LOEB, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION OF DEFENDANT FOR LEAVE OF COURT
TO FILE A REPLY BRIEF IN SUPPORT OF
DEFENDANT'S DISPOSITIVE MOTION TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(2); 12(b)(3); AND/OR 12(b)(6)**

Pursuant to Rule 3.01(c) of the Local Rules of the United States District Court for the Middle District of Florida, Defendant Lawrence R. Loeb respectfully moves this Court for leave of court to file a short Reply Brief in support of Defendant's Dispositive Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2); 12(b)(3); and/or 12(b)(6). The grounds in support of this motion are as follows:

1.   Local Rule 3.01(c) states that no party shall file any reply or further memorandum directed to a motion or response allowed in subsections (a) or (b) of that rule unless the Court grants leave.

2.	On August 30, 2013, plaintiff Klayman filed his opposition to defendant's motion to dismiss, ECF # 16.

3.	Plaintiff's opposition raises specific issues in response to defendant's motion to dismiss that plaintiff did not articulate previously and that warrant at least a brief response from the defendant.

4.	Between September 9, 2013 and September 10, 2013, the *pro se* plaintiff and defense counsel Hannan conferred by e-mail pursuant to Local Rule 3.01. At that time, defendant Loeb consented to plaintiff Klayman's request to seek leave of court to file a short supplemental memorandum on the issue of judicial immunity to include authority not yet presented before the Court. For his part, plaintiff Klayman consented to defendant Loeb's instant request to seek leave of court to file a Reply Brief that will respond to plaintiff's August 30, 2013 opposition to defendant's motion to dismiss, ECF # 16, and to plaintiff's supplemental memorandum on the issue of judicial immunity that plaintiff indicated he intended to file.

5.	If the Court were to grant this request for leave, Defendant Loeb would propose filing his Reply Brief within seven (7) days after plaintiff Klayman files his supplemental memorandum. If plaintiff does not file his supplemental memorandum by a date certain either as requested by plaintiff or as set by the Court, then defendant Loeb would file his Reply Brief within seven (7) days after that date certain.

6.	This request for leave has been made timely within fourteen (14) days after plaintiff filed his opposition to defendant's motion to dismiss on August 30, 2013.

7.	Granting defendant leave of court to respond to new issues raised in plaintiff's opposition to defendant's motion to dismiss should not prejudice any party.

Defendant Loeb accordingly requests that he be granted leave of court pursuant to Local Rule 3.01(c) in order to file a Reply Brief in support of defendant's motion to dismiss.

        Respectfully submitted,

        TIMOTHY J. McGINTY, Prosecuting Attorney
        of Cuyahoga County, Ohio


By:   /s/ Charles E. Hannan
        CHARLES E. HANNAN (Ohio Bar No. 0037153)
        Assistant Prosecuting Attorney
        The Justice Center, Courts Tower, 8th Floor
        1200 Ontario Street
        Cleveland, Ohio 44113
        Tel: (216) 443-7758/Fax: (216) 443-7602
        E-mail: channan@prosecutor.cuyahogacounty.us


By:   /s/ Kim M. Hastings
        KIM M. HASTINGS (Florida Bar 0698253)
        KIM M. HASTINGS, P.A.
        23241 Marsh Landing Blvd.
        Estero, Florida 33928
        Tel: (239) 947-9195/Fax: (800) 851-7484
        kmhastings@kmhlegal.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I certify that on the 12th day of September 2013, the foregoing Agreed Motion of Defendant for Leave of Court to File a Reply Brief in Support of Defendant's Dispositive Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2); 12(b)(3); and/or 12(b)(6) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Charles E. Hannan
CHARLES E. HANNAN
Assistant Prosecuting Attorney

/s/ Kim M. Hastings
KIM M. HASTINGS