IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>        Plaintiff,<br><br>v.<br><br>LAWRENCE R. LOEB,<br><br>        Defendant. | Civil Action No. 5:13 CV 0267 |

### PARTIES' JOINT MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

Parties, Plaintiff Larry Klayman and Defendant Lawrence Loeb, hereby jointly move for leave of Court to file supplemental briefs, in opposition to Defendant's Motion to Dismiss on Plaintiff's part and In Reply to Plaintiff's Opposition on Defendant's part. As for Plaintiff Klayman' part he would show:

1. Defendant Loeb has inappropriately raised the defense of judicial immunity as a means to try to avoid liability for his unconstitutional and tortious acts with regard to his conduct at issue in this lawsuit. Judicial immunity does not apply to Defendant because he is not a judicial officer. Even if he was, his conduct rose to such an outrageous level that judicial immunity would not apply in any event.

2. In order to fully brief the Court and aid in the Court's determination of this lawsuit, Plaintiff has prepared a supplemental memoranda on the issue of judicial immunity which is attached as Exhibit 1.

3. This supplemental brief contains authority recently discovered by Plaintiff and not yet presented before this Court.

4. Neither party will be prejudiced as a result of this supplemental brief.

5. Plaintiff sought consent for this motion from Defendant's counsel.  Defendant granted consent to this motion and Plaintiff in turn granted consent for Defendant to file a reply to Plaintiff's Opposition to Defendants Motion to Dismiss.  Thus, both parties consent to having their briefs filed and considered by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for Plaintiff to file the supplemental brief which is attached as Exhibit 1 to this motion.

Respectfully submitted,

 */s/ Larry Klayman*
Larry Klayman, Esq.
2775 NW 49th Ave, Suite 205-346
Ocala, FL 34483
Email: leklayman@gmail.com
Tel: (310) 595-0800

Pro se

## CERTIFICATE OF SERVICE

I certify that on the 30th day of September, 2013, the foregoing Motion for Leave to File a Supplemental Brief was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Larry Klayman*
> Larry Klayman, Esq.
> 2775 NW 49th Ave, Suite 205-346
> Ocala, FL 34483
> Email: leklayman@gmail.com
> Tel: (310) 595-0800
>
> Pro se
>
> repeatedly