**Saturday**, September 28th

- About Us
- Contact Us
- Creative Commons License



-  Follow us
-  Become a fan

search... Go

- Home
- News
- Important Information
- Discredited Myths
- Historical Information
- Political Humor

# Birther Lawyer Still Calling For Armed Revolution Against 'Mullah-In-Chief'

Author: Nathaniel Downes September 19, 2013 3:01 pm

   2   Tweet 10   Share 370   Like 386



Larry Klayman's newest piece, titled "Obama, come out with your hands up' reveals how paranoid and delusional he is, as he he calls for out and out treason. The above birther photo-meme has been circulating the Internet.

Just when you think the Birther movement is dead, it rears its ugly head, clinging to even more extreme ideas than before. Larry Klayman of the very misnamed FreedomWatch, has released a piece titled "Obama, come out with your hands up" where he calls for armed insurrection and to send Obama to '72 Virgins' (a

reference to the common misperception that dutiful Muslims will be rewarded with 72 virgins upon their death). In other words, Mr. Klayman is calling for a mob to lynch the president, because his earlier calls for an armed insurrection failed miserably.

His call is for this lynch mob to rally at a date "before Thanksgiving" to chant, "Mr. President (to use the term loosely), put the Quran down, get up off your knees and come out with your hands up!" To Mr. Klayman, it is a grand conspiracy of epic proportions. he rails against everyone, claiming every judge in the country is against him except for a few, he names Justice Royce Lamberth, and that the law is on his side. Truth is, Justice Lamberth already rejected the Birther claims, shooting his argument in the foot. Even his claimed "right judge" has destroyed his basic argument.

He, along with other insane birthers do not comprehend that the reason why their court claims have been thrown out is that they have no merit. They are so convinced that this is some widespread conspiracy that they are completely unable to grasp reality. But, to defend themselves against what Mr. Klayman calls the "mullah-in-chief" the birthers have resorted to out and out treason, and attempted to form a shadow government.

One of Mr. Klayman's acts was to set up what he calls a "Citizens Grand Jury," claiming that these juries have authority and power. In fact, the only person who can call for a citizens grand jury are judges of the correct court level. For Mr. Klayman to have called for a citizens grand jury, he would have needed a sign-off by the United States Supreme Court. He has not gotten such a sign-off, so his jury is completely fraudulent. It did draw headlines last year for claiming to have indicted the president.

This effort, part of the larger Sovereign Citizens domestic terrorist network seeks nothing short of the destruction of the US Constitution, the deposing of democracy, and the imposition of dictatorship. They hate the rule of law, they want the imposition of rules, rules they set. They wrap themselves in the American flag while they seek to destroy the United States. They are traitors to the founding fathers, traitors to America itself, engaging in Stochastic Terrorism to bring down the country which has given so much to them.

For a reminder, the definition of Stochastic Terrorism:

> The use of mass communications or social media to incite individuals not directly tied to the source to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.

Larry Klayman does not need to tell his followers "go and kill President Obama." He just needs to implant the idea, by referencing common framework. The president is not "The President" he is the "Mullah-In-Chief." Instead of impeachment, he calls to send President Obama to "72 Virgins." And he just has to wait for the seed he plants to blossom, all while claiming innocence over the results of his actions.

Of course, Larry Klayman fails to mention the times he sexually abused his children or how he damaged his former employer and held an affair with a staffer at his office. His numerous frivolous lawsuits were dismissed. Of course, that was the judges at fault, not Mr. Klayman, right? It was his former employer's fault, his children's fault. Everybody's fault but his own.

And it extends beyond himself. Fertilizer plant explosion? To Mr. Klayman, its not the result of unsafe conditions and lack of regulations, but it has to be Muslims. Arizona Sheriff breaking the law? No, its those darn brown people at fault. US Drone shot down by Iran? Nope, it was a gift.

Larry Klayman is a worm of a human being, seeking to destroy the United States rather than face the reality of his own failings. He failed as a husband, a father, a lawyer, and to be a decent human being. Now he would rather burn down the United States than face the truth, that he is wrong.

| RECOMMENDED ARTICLES |

 Conservative Candidate Posts 'Shoot The N****r' Photo Of President Obama On Facebook (IMAGE & VIDEO)

 Tea Party Supporter Has Set A Date For The Armed Overthrow Of The Government

 Syrian Military Engagement: Will History Repeat Itself? (VIDEO)

If you think this article is important, share it:  Like 386   submit  3  Print  Email   Tweet 10   Share 2   1   Share   Stum   Digg

Author: Nathaniel Downes  Nathaniel Downes is the son of a former state representative of New Hampshire, now living in Seattle Washington. Feel free to follow Nathaniel Downes on Facebook.

## facebook comments:

 Like    386 people like this. Sign Up to see what your friends like.



Add a comment…

**Comment using...**

 **Mark Linkiewicz** · Top Commenter

Why isn't the Secret Service visiting this twerp? He's inciting others to commit violence and fomenting insurrection. Apparently he doesn't realize there are sizable numbers of people -- especially in the gun-ridden south -- who have been riding the ragged edge of sanity since the president was elected, and only need a small push to do something stupid. I am all for free speech, and the birthers can rant all they like about our "Mullah-in-Chief," but this sort of thing should get him time in a federal prison.

Reply · 8 · Like · September 19 at 1:11pm

 **Liam Gormley** · Top Commenter · National University of Ireland, Maynooth

It would probably make him feel quite good about himself to have his door kicked down one morning, but the only reason I can think of for him not being arrested after doing all that is that no one thinks he's a real threat. Granted, he might be able to get one or two people to follow him in some illegal venture, but elaborate assassination plots devised by mad people are rarely that successful. He must spend every day waiting for the feds to arrive (and probably anticipates it with glee) but really the sad little bastard's just beneath notice. He's funny though.

Reply · 1 · Like · September 21 at 5:25pm

 **Peter Kasenenko** · Legal Secretary at Orrick, Herrington & Sutcliffe

Whackadoodle much. Shouldn't he be on some sort of medication for psychotics?

Reply · 4 · Like · September 19 at 3:16pm

 **Craig's Garage** · Top Commenter · Owner at Gerlach Entities LLC

I thought it only took 3 concerned adults to have someone committed?
I am certain we could get 3 million if that would get him the help he needs…

Reply · 1 · Like · Yesterday at 12:32am

 **Oak Cliff Townie** · Top Commenter

Okay so the guy is dangerous …..He seems to get by with using words that should have him sitting mildly sedated in a day room of some kind of facility ? And he isn't ? I wonder who he works for ?

Reply · 1 · Like · September 20 at 7:43am

 **Tom Shefchik** · Top Commenter · San Jose, California

I could tell that guy was unhinged when he was on the TeeVee back in the '90s. He needs to be picked up by the Feds now. They need be interrogated and they need to make sure he has no firearms or other weapons.

Reply · 1 · Like · September 19 at 12:11pm

 **Susan Kocian** · Top Commenter

If he has guns, they need to be taken away. Looney Tunes…

Reply · Like · Yesterday at 3:29pm

 **James Emory Bridges** · Top Commenter · Letter Carrier at US Postal Service

I expect that the Secret Service keeps tabs on him, as they do with hundreds, if not thousands, of other nutcases who might be a problem.

Reply · Like · September 26 at 6:37pm

 **Dale Watkins** · Top Commenter · California State University, Long Beach

Let's make a martyr out of Mr. Klayman.

Reply · Like · September 26 at 4:35pm

**Denise Goldmann** · Goleta, California

sicko…

Reply · Like · September 27 at 11:58am

Facebook social plugin

# 3 Comments

- *vfeinstein*
  September 28, 2013
  12:23 pm

  Curious as to how many real 'murkin patriots show up to his clown show. And, I'm sure the FBI knows this moron's next move before he does.

  Log in to Reply

- *LumineHall*
  September 21, 2013
  10:22 pm

  More like Mr. Klansman, amirite?

  Log in to Reply

- *Moongrim*
  September 19, 2013
  7:49 pm

  the effects of Reagan's closing of mental institutions continues to this day.

  Log in to Reply

## Leave a Reply

You must be logged in to post a comment.

### Join us on facebook.

Find us on Facebook
Addicting Info
Like  178,406

## popular articles

 Racist's Hope For Whites-Only Town Goes To Shit When Septic System Fails

 Everything Wrong With America In One Simple Image (INFOGRAPHIC)

 Fifteen Differences Between Democrats And Republicans

 This Man Has A Drunk Woman On His Sofa: Watch What Happens Next (VIDEO)

 The Shocking Truth About How Much Teachers Actually Get Paid

 Red States Are The Real Welfare States

 Kansas Christians Sue To Stop Science In Schools

Tea Party Supporter Has Set A Date For The Armed Overthrow Of The Government

 Welfare Recipients Are Actually Mostly White And Less Likely Than The Average American To Use Drugs

 NRA Lobbyist Stirs Outrage After Shooting And Killing Elephant For Sport On Television (VIDEO)

## Important Information

 17 Ways The GOP's Debt Ceiling Bill Will Destroy America

 Hypocrisy Of War Over Chemical Weapon Use (VIDEO)

 5 Reasons Why We Love Labor Unions And Need Them More Than Ever

 8 Excellent Reasons For Free Breakfasts In Our Schools (VIDEO)

 Understanding The History And Purpose Of Fox News

 15 Things Everyone Would Know If There Were A Liberal Media

 Top Eight Reasons Liberals Should Hate Walmart

 Top Eight Reasons Conservatives Should Hate Walmart

 The Muslim Test: How To Expose The Hypocrisy Of The Religious Right

 12 Ridiculous Anti-Woman Myths From The Dark Ages That Conservatives STILL Believe

*Read more*

## Historical Info

 5 Reasons Why We Love Labor Unions And Need Them More Than Ever

 You Won't Believe What The Traditional Meaning Of 'Republican Marriage' Really Is

 Top Ten Most Idiotic Conservative Quotes

 Thomas Jefferson's Top Ten Quotes On Religious Freedom

 12 Historic American Events That Happened On The 4th Of July

Did You Know A Woman's Right To Vote Was Sparked By Two Brave Women On July 4, 1876?

| | |
|---|---|
|  | |
|  | Top Ten Thomas Jefferson Quotes On Religious Freedom |
|  | Irrefutable Proof That The GOP Doesn't Care About Helping The American People |
|  | 50 Liberal Quotes Which Americans Should Remember |
|  | What The Founding Fathers Thought About Corporations |

*Read more*

## Political Humor

| | |
|---|---|
|  | The Muslim Test: How To Expose The Hypocrisy Of The Religious Right |
|  | The Complete Idiot's Guide To Speaking Republican (HUMOR) |
|  | 45 Quotes To Use When Describing Conservatives And Republicans To Your Friends |
|  | Top Ten Most Idiotic Conservative Quotes |
|  | These Two Anti-Abortion Protesters Should NOT Have Harassed This Man's Wife (VIDEO) |
|   | Ten Questions For Ken Cuccinelli About Adultery Laws (HUMOR) |
| | KKK Member Built Mobile Death Ray, Planned On Using It On Gov. Cuomo |
|  | Republican Jesus ™ |
|  | Awesome Cheerios Ad Parody Sticks It To The Haters, Should Be On TV (VIDEO) |
|  | Republican Geography 101 |

*Read more*

**search:**

search...  Go

© Copyright 2013 — . All Rights Reserved Designed by **WPZOOM**

x

**Click "Like" to get the latest updates**

Like   Send   178,406 people like this. Sign Up to see what your friends like.